# EXHIBITS

Exhibit "A", CAYUGA COUNTY JAIL GRIEVANCE WHICH WAS GRANTED... 6, 15, 16, 57

Exhibit "B", DOCCS FORM No. 1140, REPORT OF STRIP FRISK ON ADMISSION TO SHU OR MHU CELL... 11,

Exhibit "C", THE UNUSUAL INCIDENT REPORT... 13, 23,

Exhibit "D", FELONY COMPLAINT AND IT'S SUPPORTING DEPOSITION... 13,

Exhibit "E", ALL THE UNUSUAL INCIDENTS FROM SEPTEMBER 2015 to SEPTEMBER 2016 AT AUBURN CORRECTIONAL FACILITY... 16,

Exhibit "F", Mr. Jon Budelmann, Esq., disclosing that an C.O. at ACF planted contraband on an Inmate back in May of 2015... 17,

Exhibit "G", THE PEOPLE OF THE STATE OF NEW YORK DISCLOSE THE NAME OF SUCH C.O.... 17,

Exhibit "H", PLAINTIFF'S DOCCS TIME COMPUTION SHEET... 18;

Exhibit "I", PLAINTIFFS DISCIPLINARY HISTORY... 18;

Exhibit "J", PLAINTIFF NOTICE TO SEVERAL OF THE DEFENDANTS ... 19, 29

EXHIBIT "K", DOCCS DIRECTIVE No. 6910 THE CRIMINAL PROSECUTION OF INMATES... 22, 39;

EXHIBIT "L", THE TRANSCRIPTS FROM AN CRIMINAL PROCEEDING ... 23, 24, 25, 49, 50, 52, 53;

EXHIBIT "O", NEW YORK STATE POLICE INVESTIGATOR MR. BRETT E. STOVER FINAL REPORT... 24

EXHIBIT "M", TRANSRIPT FROM THE GRAND JURY PROCEEDINGS ... 25;

EXHIBIT "N", DOCCS DIRECTIVE No. 4910A, CONTRABAND/EVIDENCE HANDLING, STORAGE, AND DISPOSITION... 26, 40;

EXHIBIT "P", GOVERNS KEEPLOCK RECREATION PROCEDURES AT AUBURN CORRECTIONAL FACILITY... 29;

EXHIBIT "Q", ALLEGATIONS MADE BY CAYUGA COUNTY FORMER ADA ... 32;

EXHIBIT "R", THE MISBEHAVIOR REPORT REGARDING THE INCIDENT FROM 2-28-16 ... 39, 40;

EXHIBIT "S", DOCCS DIRECTIVE No. 4932 CHAPTER V ... 39, 40, 41;

EXHIBIT "T", PICTURES OF THE ALLEGED CONTRABAND ... 49;

EXHIBIT "U", FURTHER DOCCS EMPLOYEES INVESTIGATIVE DOCUMENTS (2-28-16) ... 52;