Exhibit "A"

Grievance # 16 – 072

Grievance # 16 – 072

Inmate; Agee, J'Kendric

### Grievance Accepted

Word of your experience on 08/24/2016 quickly made its way back to the kitchen. From what you described to me earlier today, the kitchen staff found an additional five bags of potato chips that were similarly damaged.

The kitchen prepares a fair amount of kosher meals to be served each day and I am not aware of anyone else having shared your experience.  The kitchen did locate those five additional bags with what appeared to be pin holes in them. As you described to me there wasn't any air in the bag. The bag with its seal destroyed provided the ants with an avenue to enter. It required handling the bag in closer proximity than just picking it up and putting it into a paper bag in order to recognize there was an issue.

The kitchen destroyed the stock, cleaned the area and filed a formal complaint with the vendor.

Officer Wade reacted to your raw emotions. Officer Wade could not possibly have fully appreciated how those raw emotions were generated. Officer Wade did report what had occurred to you.

*Lt. D. Gleason*

Lt. J. Gleason

09/01/2016.



FORM 1140SHU (7/11)
Ref. Dir. #4910

STATE OF NEW YORK - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION

## REPORT OF STRIP FRISK
## ON ADMISSION TO SHU OR MHU CELL/ROOM

INMATE NAME: Abes, Thendric   DIN: 08 B 1974   FRISK LOCATION: SHU-D [p.3]   DATE: 2/28/16   TIME: Approx.

TO BE COMPLETED BY THE PERSON(S) CONDUCTING THE FRISK/SEARCH.

NAME/RANK OF PERSON(S) CONDUCTING FRISK:

1) Conicius                                      2)

– If Other Staff are Present, List Name/Rank, and Explain Why Their Presence was Necessary and Who Authorized Their Presence:

CO Conicis, CO beginning Co may us- Sgt Donelly authorized due to inmate out being belonging upon initial admission to SHU

RESULTS OF SEARCH: NCP

WAS FORCE REQUIRED TO COMPLETE THE SEARCH?  ☐ YES   ☒ NO

SIGNATURE: C.O. Ll Mccevers

Orig. IRC          cc: Captain          cc: DSS

Exhibit "C"

PAGE 1

STATE OF NEW YORK
DEPT OF CORRECTIONS AND COMMUNITY SUPERVISION
UNUSUAL INCIDENT REPORT

PRINTED AT
03/04/16  08:16 AM

AUBURN GENERAL          FAC CODE 010     FAC LOG# 160060     CCC# 248735

CB LOG# 160047

INCIDENT DATE   02/28/16  TIME 09:20 AM  LOCATION  CELL        0D 07 27S

TELEPHONE DATE  02/28/16  TIME 11:24 AM

PERSON CALLING    LT     T.QUINN
PERSON RECEIVING  CAPT   JEREMIAH BROOKS

REPORT DATE    02/29/16     PERSON REPORTING LT     T. QUINN

USE OF FORCE  NO      WEAPON USED  NO      WORKPLACE VIOLENCE  NO

************************************************************************************

CONTRABAND                    (03) 17
WEAPON - RAZOR BLADE

************************************************************************************

DESCRIPTION:

CO.VINCENT PAT FRISKED INMATE AGEE 08B1474 D-7-27 PRIOR TO GOING TO
KEEPLOCK RECREATION.DURING THE FRISK THE HAND HELD METAL DETECTOR WENT OFF
ON THE INMATE'S WAISTBAND OF HIS PANTS.CO.VINCENT RECOVERED A STATE ISSUED
RAZOR BLADE 2"X1/2" BLACK TAPE HANDLE AND SHEATH.NO FURTHER CONTRABAND
RECOVERED DURING THE FRISK,SGT.VANFLEET NOTIFIED.
THE PAT FRISK WAS CONDUCTED DIRECTLY IN FRONT ON THE INMATE'S CELL.

************************************************************************************

EVENTS CAUSING:

ON  2/28/16, INMATE AGEE 08B1474 HAD A RAZOR BLADE TYPE WEAPON CONCEALED IN
THE WAISTBAND OF HIS PANTS, AS HE WAS ABOUT TO GO TO KEEPLOCK RECREATION.

************************************************************************************

ACTION TAKEN:

WEAPON WAS PHOTOGRAPHED AND SECURED PER 4910A.INMATE WAS MOVED TO SHU.
SGT.DONNELLY COMPLETED FORM 3152 TRIGGER #14 WAS NOTED.MHU RN.CORNALL
NOTIFIED.INMATE WAS MOVED TO THE FACILITY HOSPITAL PLACED ON A 1:1 SUICIDE
WATCH.PER MHU.INMATE'S CELL WAS FRISKED PER SGT.VANFLEET,NCF.ALL REPORTS

PAGE   2
STATE OF NEW YORK                    PRINTED AT
DEPT. OF CORRECTIONS AND COMMUNITY SUPERVISION      03/04/16  08:16 AM
UNUSUAL INCIDENT REPORT


AUBURN GENERAL                FAC CODE 010     FAC LOG# 160060      CCC# 248735

CB LOG# 160047

INCIDENT DATE   02/28/16  TIME 09:20 AM  LOCATION  CELL          0D 07 27S

USE OF FORCE  NO        WEAPON USED  NO        WORKPLACE VIOLENCE  NO

************************************************************************************

ACTION TAKEN:                          (CONTINUED)
FILED.OD.DSA FENNESSY NOTIFIED.


************************************************************************************

MEDICAL REPORT:

N/A


************************************************************************************

PROPERTY DAMAGE:

N/A


************************************************************************************

NOTIFICATION (FAMILY):

N/A

NOTIFICATION (POLICE/OTHER):

N/A


************************************************************************************
INMATE INFORMATION:
************************************************************************************

AGEE, JKENDRIC                      08B1474  DOB 08/10/1991 ETHNIC- BLACK

GEN INCIDENT - SPECIFIC INCIDENT   ROLE    WEAPON    FORCE    INJURY
CONTRABAND  - WPN-RAZOR BLADE      PERP

PAGE   3                         STATE OF NEW YORK              PRINTED AT
             DEPT OF CORRECTIONS AND COMMUNITY SUPERVISION    03/04/16  08:16 AM
                             UNUSUAL INCIDENT REPORT


AUBURN GENERAL                FAC CODE 010    FAC LOG# 160060    CCC# 248735

                                        CB LOG# 160047

INCIDENT DATE   02/28/16  TIME 09:20 AM  LOCATION  CELL         0D 07 27S

        USE OF FORCE  NO      WEAPON USED  NO     WORKPLACE VIOLENCE  NO

************************************************************************************
************************************************************************************
                              EMPLOYEE INFORMATION:
************************************************************************************

VANFLEET, RAY P              SGT

   GEN INCIDENT - SPECIFIC INCIDENT      FORCE       INJURY       DEGREE
   CONTRABAND   - WPN-RAZOR BLADE
************************************************************************************

VINCENT, KEITH E II          CO

   GEN INCIDENT - SPECIFIC INCIDENT      FORCE       INJURY       DEGREE
   CONTRABAND   - WPN-RAZOR BLADE
************************************************************************************

CORNALL, NOREEN A            OMH

   GEN INCIDENT - SPECIFIC INCIDENT      FORCE       INJURY       DEGREE
   CONTRABAND   - WPN-RAZOR BLADE
************************************************************************************

DONNELLY, PATRICK N          SGT

   GEN INCIDENT - SPECIFIC INCIDENT      FORCE       INJURY       DEGREE
   CONTRABAND   - WPN-RAZOR BLADE
************************************************************************************
                           CONTRABAND INFORMATION:        CB LOG# 160047
************************************************************************************
CB DATE 02/28/2016  09:20AM   LOCATION CELL          0D 07 27S
ITEM 001 WPN-RAZOR BLADE   METAL             NUMBER OF ITEMS   1
RECOVERED BY: CO    VINCENT, KEITH E II
RECOVERED FROM: INMATE 08B1474 AGEE, JKENDRIC
DESCRIPTION:
1-STATE ISSUED RAZOR BLADE 2"X1/2" BLACK TAPE HANDLE AND SHEATH.RECOVERED
FROM THE WAIST BAND OF THE INMATE'S PANTS.

************************************************************************************

PAGE   4                          STATE OF NEW YORK                 PRINTED AT
         DEPT OF CORRECTIONS AND COMMUNITY SUPERVISION      03/04/16  08:16 AM
                           UNUSUAL INCIDENT REPORT


AUBURN GENERAL                  FAC CODE 010    FAC LOG# 160060      CCC# 248735

                                      CB LOG# 160047

INCIDENT DATE   02/28/16  TIME 09:20 AM  LOCATION  CELL            0D 07 27S

        USE OF FORCE   NO      WEAPON USED   NO     WORKPLACE VIOLENCE  NO

********************************************************************************


        SPT HAROLD GRAHAM                               03/04/16
        SUPERINTENDENT                                    DATE

Exhibit "D"

STATE OF NEW YORK

COUNTY OF CAYUGA    3/8/16

CITY _____ COURT

CITY _____ of AUBURN   MOBail

Defendant: NA _____
(Relationship to alleged victim)

Alleged Victim: NA _____
(Relationship to defendant)

THE PEOPLE OF THE STATE OF NEW YORK

– VS.–

JKENDRIC AGEE

Date of Birth    08/10/1991

DA COPY

16-0258

Defendant(s)

**A C C U S A T I O N**

BE IT KNOWN THAT, by this   FELONY COMPLAINT ,   BRETT E STOVER

as the Complainant herein,   STATIONED   at   SP AUBURN

accuses the above mentioned Defendant(s), with having   COMMITTED the FELONY

of   POSS DANG CONTRABND PRISON-1ST    in violation of Section   205.25

Subdivision   02   of the   PENAL    Law of the State of New York.

That on or about   02/28/2016   at about   09:20 AM

in the   CITY   of   AUBURN   , County of   CAYUGA   , the defendant(s)

did intentionally, knowingly and unlawfully commit the felony of KNOWINGLY MAKE/POSSESS DANGEROUS CONTRABAND IN PRISON-1ST DEGREE. A person is guilty of promoting prison contraband in the first degree when:2. Being a person confined in a detention facility, he knowingly and unlawfully makes, obtains or possesses any dangerous contraband. Promoting prison contraband in the first degree is a class D felony.

**F A C T S**

On the aforementioned time and date the above name defendant was found to be in possession of a razor blade that measured approximately two inches long by one half inch wide with a tape handle and sheath.  Said weapon was located during a frisk conducted in front of the defendant's cell (D-7-27) at Auburn Correctional Facility which is located at 135 State Street in the City of Auburn, County of Cayuga and State of New York.

All contrary to the statutes made and provided herein.

The above allegations of fact are made by the Complainant herein on direct knowledge and/or upon information and belief, with the sources of Complainant's information and the grounds for belief being the facts contained in the attached SUPPORTING DEPOSITION(s) of:  CORRECTIONS OFFICER VINCENT

**N O T I C E**

In a written instrument, any person who knowingly makes a false statement which such person does not believe to be true has committed a crime under the laws of the State of New York punishable as a Class A Misdemeanor.    (PL 210.45)

Affirmed under penalty of perjury

this   08 TH   day of   MARCH ,   2016

—OR—

Subscribes and sworn to before me this _____ day of

_____ , 20 _____

INV.
TM. B.St.

COMPLAINANT -



ANDREW M. CUOMO
Governor

ANTHONY J. ANNUCCI
Acting Commissioner

MEMORANDUM

To: SGT. Vanfleet.
From: C.O. K. Vincent
Subject: Inmate Agee, T. # 08-B1474 - UI 16-0060
Date: 2-28-16

While I CO. Vincent was working D-block
2nd officer I was wanding inmates as they were going
out to PK rec. I wanded inmate Agee #08B1474
the wand sounded on inmate Agee's right front
Waist band, at that time I frisked the right front
waist band area and found a razor type weapon
wrapped in a black tape with a black type sheath.
The razor appeared to be a state issue razor blade
weapon measured 2" long by 1/2" wide. weapon
was placed in evidence locker per directive
4910 A.

Respectfully submitted,



TABLE 1
UNUSUAL INCIDENTS: SEPTEMBER 2015 – SEPTEMBER 2016
INCIDENT TYPE BY MONTH

**AUBURN**

| INCIDENT TYPE | SEP15 | OCT15 | NOV15 | DEC15 | JAN16 | FEB16 | MAR16 | APR16 | MAY16 | JUN16 | JUL16 | AUG16 | SEP16 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CONTR.-UTILY RAZORBLD | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 |
| CONTR.-RAZOR BLADE | 2 | 2 | 1 | 4 | 6 | 4 | 8 | 0 | 1 | 2 | 1 | 1 | 1 |
| CONTR.-ICE PICK | 0 | 1 | 1 | 4 | 0 | 1 | 3 | 0 | 3 | 2 | 0 | 1 | 0 |
| CONTR.-LCK PICK | 1 | 2 | 1 | 4 | 6 | 0 | 1 | 0 | 1 | 5 | 1 | 1 | 1 |
| CONTR.-MGT CLOTH | 1 | 0 | 1 | 2 | 4 | 0 | 1 | 4 | 1 | 0 | 0 | 0 | 0 |
| CONTR.-TOOTHBRUSH | 0 | 0 | 1 | 0 | 1 | 1 | 2 | 6 | 0 | 0 | 1 | 1 | 1 |
| CONTR.-SCALPEL/EXACTO BLDE | 1 | 4 | 0 | 5 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| CONTR.-COCAINE | 0 | 4 | 1 | 0 | 5 | 1 | 1 | 2 | 0 | 2 | 0 | 0 | 1 |
| CONTR.-HEROIN | 3 | 4 | 1 | 0 | 0 | 1 | 4 | 0 | 0 | 0 | 1 | 4 | 3 |
| CONTR.-MARIJUANA | 0 | 4 | 2 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 3 |
| CONTR.-OTHER DRUG | 1 | 0 | 0 | 0 | 2 | 1 | 4 | 0 | 0 | 2 | 0 | 0 | 0 |
| CONTR.-PRSCRIP DRUG | 0 | 5 | 6 | 5 | 0 | 0 | 0 | 1 | 0 | 3 | 6 | 1 | 5 |
| CONTR.-SYNTHETIC DRUG | 0 | 5 | 6 | 0 | 2 | 1 | 0 | 1 | 5 | 0 | 0 | 0 | 0 |
| CONTR.-CEL.PHONE | 4 | 0 | 0 | 0 | 0 | 7 | 0 | 1 | 1 | 4 | 0 | 1 | 0 |
| CONTR.-OTHER ELECTRNC DEV | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 |
| CONTR.-UI OTHER | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 |
| **TOTAL** | **19** | **25** | **15** | **26** | **37** | **18** | **40** | **13** | **25** | **26** | **19** | **25** | **26** |
| **DEATH** | | | | | | | | | | | | | |
| DEATH-INM SUICIDE | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| DEATH-INM UNKN | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 |
| **TOTAL** | **1** | **0** | **0** | **1** | **0** | **0** | **0** | **0** | **0** | **1** | **0** | **0** | **0** |
| **DISRUPTIVE BEHAVIOR** | | | | | | | | | | | | | |
| DISBEH-REF.INSTR | 0 | 0 | 0 | 0 | 1 | 1 | 0 | 0 | 1 | 0 | 0 | 1 | 0 |
| DISBEH-REF.STRP.FRSK | 0 | 0 | 1 | 0 | 0 | 0 | 1 | 0 | 6 | 0 | 0 | 0 | 0 |
| DISBEH-REF.CELL EXTR | 0 | 3 | 1 | 0 | 0 | 0 | 1 | 1 | 5 | 2 | 0 | 1 | 0 |
| DISBEH-OTHER | 1 | 1 | 1 | 0 | 0 | 0 | 1 | 0 | 1 | 0 | 1 | 0 | 3 |
| **TOTAL** | **1** | **4** | **3** | **0** | **1** | **1** | **3** | **1** | **7** | **2** | **1** | **2** | **3** |
| **UTILITIES DISRUPTION** | | | | | | | | | | | | | |
| DISRUPT OF FACIL-POWER | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| DISRUPT OF FACIL-BIOL THREAT | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 |
| **TOTAL** | **0** | **0** | **0** | **1** | **0** | **0** | **0** | **0** | **0** | **1** | **0** | **0** | **1** |
| **EMPLOYEE MISCONDUCT** | | | | | | | | | | | | | |
| EMPLMIS-FEL.ARST.NON-DWI | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| EMPLMIS-EMPL.MISCOND | 1 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

(continued)

(continued)

TABLE 1
UNUSUAL INCIDENTS, SEPTEMBER 2015 - SEPTEMBER 2016
INCIDENT TYPE BY MONTH

**AUBURN**

| INCIDENT TYPE | SEP15 | OCT15 | NOV15 | DEC15 | JAN16 | FEB16 | MAR16 | APR16 | MAY16 | JUN16 | JUL16 | AUG16 | SEP16 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ACCIDENT ON INMATE | 6 | 7 | 7 | 7 | 7 | 0 | 7 | 0 | 7 | 7 | 6 | 8 | 0 |
| ASSAULT ON STAFF | 6 | 3 | 3 | 6 | 9 | 5 | 5 | 5 | 6 | 6 | 4 | 4 | 1 |
| CONTRABAND | 19 | 25 | 15 | 26 | 37 | 18 | 40 | 13 | 25 | 26 | 3 | 25 | 26 |
| DEARUPTIVE BEHAVIOR | 1 | 8 | 8 | 8 | 1 | 8 | 8 | 1 | 8 | 2 | 1 | 2 | 3 |
| UTILITIES DISRUPTION | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| EMPLOYEE MISCONDUCT | 2 | 2 | 3 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 |
| FIRE | 1 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 1 |
| PROPERTY LOST STOLEN | 1 | 1 | 1 | 1 | 2 | 0 | 0 | 0 | 1 | 1 | 0 | 0 | 0 |
| SELF-INFLICTED INJURY | 5 | 0 | 1 | 0 | 1 | 0 | 1 | 2 | 1 | 1 | 0 | 1 | 0 |
| SUICIDE ATTEMPT | 1 | 1 | 2 | 1 | 1 | 2 | 1 | 1 | 6 | 2 | 1 | 1 | 0 |
| STAFF USE OF WEAPONS | 3 | 2 | 0 | 4 | 5 | 2 | 3 | 2 | 1 | 6 | 3 | 6 | 9 |
| OTHER INCIDENTS | | | | | | | | | | | | | |
| **TOTAL** | 45 | 41 | 28 | 48 | 58 | 51 | 61 | 24 | 49 | 53 | 32 | 47 | 43 |

**ACCIDENT**

| | SEP15 | OCT15 | NOV15 | DEC15 | JAN16 | FEB16 | MAR16 | APR16 | MAY16 | JUN16 | JUL16 | AUG16 | SEP16 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ACC.-BURNED BY OBJECT | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| ACC.-SLIP-FELL | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 |
| ACC.-OTHER | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 1 | 1 | 0 | 0 | 0 |
| **TOTAL** | 0 | 1 | 1 | 1 | 1 | 0 | 1 | 0 | 1 | 1 | 0 | 0 | 0 |

**ASSAULT ON INMATE**

| | SEP15 | OCT15 | NOV15 | DEC15 | JAN16 | FEB16 | MAR16 | APR16 | MAY16 | JUN16 | JUL16 | AUG16 | SEP16 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ASS.-INMATE | 6 | 3 | 3 | 6 | 9 | 5 | 7 | 5 | 6 | 7 | 4 | 8 | 10 |
| **TOTAL** | 6 | 3 | 3 | 6 | 9 | 5 | 7 | 5 | 6 | 7 | 4 | 8 | 10 |

**ASSAULT ON STAFF**

| | SEP15 | OCT15 | NOV15 | DEC15 | JAN16 | FEB16 | MAR16 | APR16 | MAY16 | JUN16 | JUL16 | AUG16 | SEP16 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ASS.-STAFF-CIV. | 0 | 0 | 2 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 1 | 1 | 0 |
| ASS.-STAFF-SEC/LE | 6 | 2 | 1 | 6 | 1 | 3 | 4 | 0 | 1 | 6 | 2 | 3 | 2 |
| **TOTAL** | 6 | 2 | 1 | 6 | 1 | 3 | 5 | 0 | 1 | 6 | 3 | 4 | 2 |

**CONTRABAND**

CONTR.-CASH
CONTR.-EXPLOSIVE
CONTR.-CUT.INTRU
CONTR.-WEAP.OTH.
CONTR.-SHANK
CONTR.-MANUFT.KNIFE



# DA: Auburn prison corrections officer planted weapon on inmate to break up a gang



Auburn Correctional Facility, pictured in 2005. (C.W. McKeen | 2005)

 By **Katrina Tulloch | ktulloch@syracuse.com**
**Follow on Twitter**



AUBURN, N.Y. -- An Auburn Correctional Facility <u>corrections officer who is under suspension</u> admitted to authorities he planted weapon on an inmate, according to Cayuga County District Attorney Jon Budelmann.

his led the DA's office and local judges to agree that any pending cases involving the officer's recovery of the weapon would be ismissed, Budelmann said in a news release today. Also, any cases where the defendants had already plead guilty would be acated, he said.

ne corrections officer admitted during trial preparation that he "put a weapon on an inmate" in order to break up a prison gang, udelmann said.

ADVERTISING

The inmate was moved to another facility and was never charged criminally. The type of weapon was not identified.

The state's Department of Corrections and Community Supervision launched an investigation into the matter, which Budelmann said is still pending.

One corrections officer has been suspended and four are on administrative leave as part of an ongoing internal investigation at the Auburn prison, according to James Miller, spokesman for the New York State Correctional Officers & Police Benevolent Association, the union representing the corrections officers. He declined to discuss the case in more detail.

Thomas Mailey, a spokesman for the state Department of Corrections and Community Supervision, in an email said "currently there is an on-going investigation into an incident at the Auburn Correctional Facility and the department cannot comment further at this time."

Budelmann in his news release said there is nothing implicating any other corrections officers, than the one who admitted putting the weapon on the inmate.

"It would be unfair to discredit the reputation of the hundreds of other CO's who were not involved, due to the conduct of one," Budelmann wrote in the statement, adding that "the safety of both CO's and other inmates is paramount but must be consistent with all legal obligations."

Registration on or use of this site constitutes acceptance of our User Agreement and Privacy Policy

© 2017 Syracuse Media Group. All rights reserved (About Us).
The material on this site may not be reproduced, distributed, transmitted, cached or otherwise used, except with the prior written permission of Syracuse Media Group.

Community Rules apply to all content you upload or otherwise submit to this site.

Search

Exhibit G

# 5 Auburn prisoners cleared after guard's alleged admission to planting weapon



By John O'Brien | jobrien@syracuse.com
**Follow on Twitter**
on January 19, 2017 at 2:13 PM

AUBURN, N.Y. -- Five current or former Auburn state prisoners were cleared this week of charges that they possessed weapons behind bars because of a guard's alleged admission to evidence-planting.

The Cayuga County District Attorney's Office did not oppose the dismissal of one inmate's charges and the overturning of five others' convictions based on the admission of a corrections officer.

DA Jon Budelmann announced last month that a guard had admitted planting a weapon on an inmate. That inmate wasn't charged, the DA said.

ADVERTISING

Search

udelmann sent a letter to judges that same day saying his office had credible evidence that Corrections Officer Matthew Cornell
ad planted a weapon on an inmate.

ased on that information, defense lawyers asked Cayuga County Court judges to overturn convictions of promoting prison
ntraband against Thomas Ozzborn, Jose Muniz, Donnesia Brown and Naythen Aubain. The judges granted those requests
iesday and this morning.

mon Moody, a lawyer for inmate Tyrell Ingram, asked a judge to drop a pending prison contraband charge against the prisoner
cause Cornell was the sole witness in the case. The judge granted that request today, Moody said.

A sixth inmate, Sean Gaines, has also asked to have his prison contraband conviction overturned. That case is scheduled for ne week.

Cornell, 33, of Auburn, denies the allegations of evidence-planting and says he never made any admission to prosecutors, according to his lawyer, Michael Vavonese.

State prison officials say they're investigating but would not comment further. Along with Cornell's suspension, two other guards were placed on administrative leave, state prison officials said.

*Contact John O'Brien anytime |* **email** *|* **Twitter** *| 315-470-2187*

Registration on or use of this site constitutes acceptance of our User Agreement and Privacy Policy

© 2017 Syracuse Media Group. All rights reserved (About Us).
The material on this site may not be reproduced, distributed, transmitted, cached or otherwise used, except with the prior written permission of Syracuse Media Group.

Community Rules apply to all content you upload or otherwise submit to this site.

▷ Ad Choices