Exhibit
H

```
05/08/17          RECEPTION/CLASSIFICATION SYSTEM
12:46:02          LEGAL DATE COMPUTATION        BY: CCNSPAM
                                    COMP DATE/TIME: 05/05/2017  02:04P

        TYPE B01  BASIC INDETERMINATE

   DIN: 17B0759  NAME: AGEE, JKENDRIC                NYSID:  02697786L
   DATE RECEIVED: 03/16/2017
   CURRENT LOCATION: ATTICA GEN   - 0A-05-30S
```

| | | | |
|---|---|---|---|
| HEARING DATE | 2019 01 | TIME ALLOWANCE COMM DATE | 2020 07 |
| HEARING TYPE | MERT | TIME ALLOWANCE COMM TYPE | INIT |
| TENTATIVE RELEASE DATE | | POST-RELEASE SUPERVISION | |
| GRADUATION DATE | | PRS MAXIMUM EXPIRATION DT | |
| | | | |
| IND MINIMUM TERM | 0003 00 00 | IND MAXIMUM TERM | 0006 00 00 |
| DATE RECEIVED | +2017 03 16 | DATE RECEIVED | +2017 03 16 |
| JAIL TIME | -0000 04 11 | JAIL TIME | -0000 04 11 |
| | ---- -- -- | | ---- -- -- |
| PAROLE ELIGIBILITY DATE | =2019 11 04 | MAXIMUM EXPIRATION DATE | =2022 11 04 |
| MERIT TIME POSSIBLE | -0000 06 03 | GOOD TIME POSSIBLE | -0002 00 00 |
| | ---- -- -- | | ---- -- -- |
| MERIT ELIGIBILITY DATE | =2019 05 01 | CONDITIONAL RELEASE DATE | =2020 11 04 |

```
COMMENTS:
5/5/17 JT CORRECTED 131 (11/5/16 - 3/15/17)
```

```
JAIL TIME(S) IN DAYS:
  JAIL TIME = 131

DIST:  IRC (1), GUID & COUNS UNIT (1), INST PAROLE (1), INMATE (1)
```

# CAYUGA COUNTY SHERIFF'S OFFICE

*Jail Time*

**Cayuga County Public Safety Building**
**7445 County House Road**
**Auburn, New York 13021-8297**
**Phone:  315-253-2911**
**Fax:  315-253-6731**



David Gould
*Sheriff*

James Stowell
*Undersheriff*

This is to certify that ___Agee, J'Kendrick J.___ with a D.O.B of ___8/10/1991___
was in custody from:

| From | To | Total |
|------|------|-------|
| 11/5/2016 | 3/15/2017 | 131 |
| | | |
| | | |
| | | |
| | | |
| | | |

Originating out of _____Cayuga County_____ court for the charge(s) of:

1) ___Poss Dangerous Contraband___ Ind./doc.# ___2016-050___
2) _____ Ind./doc.# _____
3) _____ Ind./doc.# _____
4) _____ Ind./doc.# _____

and sentenced under the following indictment/docket(s):

_____
_____
_____
_____

Therefore in accordance with section 70.30 of the New York State Penal Law, the above named is entitled to:

___131___ Days

Jail time certified by : _____Buisch_____ Badge#: ___7032___ Date: ___5/5/2017___

```
04/05/17              RECEPTION/CLASSIFICATION SYSTEM
14:44:58              LEGAL DATE COMPUTATION        BY: C110MLE
                                         COMP DATE/TIME: 03/20/2017  08:48A

          TYPE B01  BASIC INDETERMINATE

   DIN: 17B0759  NAME: AGEE, JKENDRICK J              NYSID:  02697786L
   DATE RECEIVED: 03/16/2017
   CURRENT LOCATION: ATTICA GEN   - 0A-08-42S

   HEARING DATE                2018 05    TIME ALLOWANCE COMM DATE    2019 11
   HEARING TYPE                MERT       TIME ALLOWANCE COMM TYPE    INIT
   TENTATIVE RELEASE DATE                 POST-RELEASE SUPERVISION
   GRADUATION DATE                        PRS MAXIMUM EXPIRATION DT

   IND MINIMUM TERM            0003 00 00 IND MAXIMUM TERM            0006 00 00
   DATE RECEIVED              +2017 03 16 DATE RECEIVED              +2017 03 16
   JAIL TIME                  -0001 00 07 JAIL TIME                  -0001 00 07
                             ---- -- --                             ---- -- --
   PAROLE ELIGIBILITY DATE    =2019 03 08 MAXIMUM EXPIRATION DATE    =2022 03 08
   MERIT TIME POSSIBLE        -0000 06 03 GOOD TIME POSSIBLE         -0002 00 00
                             ---- -- --                             ---- -- --
   MERIT ELIGIBILITY DATE     =2018 09 05 CONDITIONAL RELEASE DATE   =2020 03 08




   COMMENTS:







   JAIL TIME(S) IN DAYS:
     JAIL TIME = 372

   DIST:  IRC (1), GUID & COUNS UNIT (1), INST PAROLE (1), INMATE (1)
```

Exhibit I

```
0                     INMATE DISCIPLINARY HISTORY        *FPMS*      PAGE 001

INMATE ID#: 08B1474 AGEE, JKENDRIC
                                                  LOCATION: SH-UF-002

----------------------------------------------------------------------------
TIER 2  INCIDENT: 02/17/16 03:55 PM  CO    RAZZANO, B D      AUBURN GENER
        HEARING : 02/23/16 01:03 PM  LT    ABATE, T C        AUBURN GENER
107.10 INTERFERENCE        107.11 HARASSMENT       106.10 DIRECT ORDER
     30 D KEEPLOCK    PACKAGE      COMMISSARY  SERVICE DTES 02/17/16 03/18/16
     30 D PHONE                                 SERVICE DTES 02/17/16 03/18/16
----------------------------------------------------------------------------
TIER 2  INCIDENT: 02/03/16 09:40 PM  CO    RUSIN, A A        AUBURN GENER
        HEARING : 02/08/16 01:20 PM  LT    LEVAC, T A        AUBURN GENER
104.11 VIOLENT CONDUCT   104.13 CREATE DISTURB   100.13 FIGHTING
106.10 DIRECT ORDER
     14 D KEEPLOCK    RECREATION  PACKAGE     SERVICE DTES 02/03/16 02/17/16
     14 D COMMISSARY  PHONE                   SERVICE DTES 02/03/16 02/17/16
----------------------------------------------------------------------------
TIER 3  INCIDENT: 08/14/15 04:50 PM  CO    GADSBY, R T       AUBURN GENER
        HEARING : 08/19/15 10:10 AM  CAPT BROWN, M P         AUBURN GENER
104.11 VIOLENT CONDUCT   104.13 CREATE DISTURB   100.13 FIGHTING
106.10 DIRECT ORDER
     30 D KEEPLOCK    PACKAGE      COMMISSARY  SERVICE DTES 08/14/15 09/13/15
     30 D PHONE                               SERVICE DTES 08/14/15 09/13/15
     15 D KEEPLOCK    PACKAGE      COMMISSARY  PHONE      SUSPD TO 10/18/15
----------------------------------------------------------------------------
TIER 2  INCIDENT: 01/03/14 04:18 PM  CO    G. WYNN           ATTICA GEN
        HEARING : 01/08/14 01:33 PM  LT    SIMMONS           ATTICA GEN
104.11 VIOLENT CONDUCT   104.13 CREATE DISTURB   100.13 FIGHTING
106.10 DIRECT ORDER
     15 D KEEPLOCK    PACKAGE      COMMISSARY  SERVICE DTES 01/03/14 01/18/14
     15 D PHONE                               SERVICE DTES 01/03/14 01/18/14
----------------------------------------------------------------------------
TIER 2  INCIDENT: 06/17/11 07:55 AM  CO    B. CHAUVIN        CLINTON GEN
        HEARING : 06/21/11 12:50 PM  LT    J MILLER          CLINTON GEN
104.13 CREATE DISTURB    106.10 DIRECT ORDER
     15 D RECREATION  PACKAGE      COMMISSARY  SERVICE DTES 06/17/11 07/02/11
     15 D PHONE                               SERVICE DTES 06/17/11 07/02/11
----------------------------------------------------------------------------
TIER 2  INCIDENT: 04/27/11 07:25 AM  CO    J. PERTER         CLINTON GEN
        HEARING : 04/29/11 09:38 AM  LT    M SNOW            CLINTON GEN
113.15 UNAUTH EXCHANGE   109.10 OUT OF PLACE    109.12 MOVEMENT VIO.
     30 D RECREATION  PACKAGE      COMMISSARY  SERVICE DTES 04/29/11 05/29/11
     30 D PHONE                               SERVICE DTES 04/29/11 05/29/11
     15 D KEEPLOCK                                         SUSPD TO 06/28/11
----------------------------------------------------------------------------
TIER 3  INCIDENT: 06/22/10 04:35 PM  CO    WOJCIK            FIVE POINTS
        HEARING : 07/01/10 09:25 AM  CAPT J. LAMANNA         FIVE POINTS
        DIS.REV : 08/09/10          CAPT DRC                 CAYUG SHU200
113.25 DRUG POSSESSION
      2 M   18 D SHU       RECREATION  PACKAGE   SERVICE DTES 06/22/10 09/09/10
      2 M   18 D COMMISSARY  PHONE               SERVICE DTES 06/22/10 09/09/10
      2 M      GOOD TIME
----------------------------------------------------------------------------
TIER 2  INCIDENT: 06/03/10 03:30 PM  CO    THOMAS            FIVE POINTS
        HEARING : 06/07/10 10:25 AM  LT    GIANNINO          FIVE POINTS
106.10 DIRECT ORDER      109.10 OUT OF PLACE
     10 D NONPROG HRS  PACKAGE      COMMISSARY  SERVICE DTES 06/03/10 06/13/10
     10 D PHONE                               SERVICE DTES 06/03/10 06/13/10
----------------------------------------------------------------------------
TIER 3  INCIDENT: 11/22/09 12:30 PM  CO    W. KUBIAK         WENDE
        HEARING : 11/24/09 09:34 AM  EDIR FURLANI            WENDE

NOTE: ONLY COMPLETED HEARINGS ARE SHOWN
```

```
INMATE ID#: 08B1474 AGEE, JKENDRIC                        LOCATION: SH-UF-002

-----------------------------------------------------------------------------
        DIS.REV : 01/25/10           CAPT /DRC                 ORLNS SHU200
104.11 VIOLENT CONDUCT    104.13 CREATE DISTURB   100.13 FIGHTING
106.10 DIRECT ORDER
  2 M  23 D KEEPLOCK                               SERVICE DTES 11/22/09 02/14/10
  2 M  23 D PACKAGE                                SERVICE DTES 11/22/09 02/14/10
  2 M  23 D COMMISSARY                             SERVICE DTES 11/22/09 02/14/10
  2 M  23 D PHONE                                  SERVICE DTES 11/22/09 02/14/10
  2 M   7 D KEEPLOCK    PACKAGE      COMMISSARY    PHONE        SUSPD TO 05/23/10
-----------------------------------------------------------------------------
TIER 2  INCIDENT: 09/23/09 07:25 AM  CO   J MORAN             WENDE
        HEARING : 09/28/09 10:03 AM  LT   KEENNA              WENDE
104.13 CREATE DISTURB     100.15 DISORDERLY COND
       15 D KEEPLOCK    RECREATION   PACKAGE    SERVICE DTES 09/23/09 10/08/09
       15 D COMMISSARY  PHONE                   SERVICE DTES 09/23/09 10/08/09
       15 D PERSONAL TV                         SERVICE DTES 09/28/09 10/13/09
        5 D KEEPLOCK    RECREATION   PACKAGE    COMMISSARY  SUSPD TO 10/28/09
        5 D PHONE       PERSONAL TV                         SUSPD TO 10/28/09
          REFERRALS    /
-----------------------------------------------------------------------------
TIER 2  INCIDENT: 06/21/09 05:20 PM  CO   M. MACK             WENDE
        HEARING : 06/24/09 02:43 PM  LT   KEENAN              WENDE
104.11 VIOLENT CONDUCT    104.13 CREATE DISTURB   100.13 FIGHTING
.106.10 DIRECT ORDER
       20 D KEEPLOCK    RECREATION   PACKAGE    SERVICE DTES 06/21/09 07/11/09
       20 D COMMISSARY  PHONE                   SERVICE DTES 06/21/09 07/11/09
       20 D PERSONAL TV                         SERVICE DTES 06/24/09 07/14/09
-----------------------------------------------------------------------------
TIER 3  INCIDENT: 07/09/08 09:00 PM  CO   BARRIS              GREENE
        ADDITIONAL OFFICERS: CO   BOUVIA
        HEARING : 07/16/08 10:23 AM  EDIR MCDONAGH           GREEN SHU200
113.10 WEAPON             104.11 VIOLENT CONDUCT   100.13 FIGHTING
106.10 DIRECT ORDER
  5 M     SHU        PACKAGE     COMMISSARY  SERVICE DTES 07/09/08 12/09/08
  5 M     PHONE                              SERVICE DTES 07/09/08 12/09/08
  3 M     GOOD TIME
-----------------------------------------------------------------------------
TIER 2  INCIDENT: 06/06/08 03:10 PM  CO   FLINT               GREENE
        HEARING : 06/11/08 05:03 PM  LT   MOHONEY             GREENE
106.10 DIRECT ORDER
          COUNSEL     /
-----------------------------------------------------------------------------
TIER 2  INCIDENT: 05/23/08 09:00 AM  SGT  ROBINSON         ELMIRA RECEP
        HEARING : 06/03/08 09:15 AM  LT   ROBBIANI            GREENE
180.11 FACIL CORRESPOND
       15 D RECREATION                       SERVICE DTES 06/03/08 06/18/08
       30 D KEEPLOCK                                      SUSPD TO 09/01/08
-----------------------------------------------------------------------------




NOTE: ONLY COMPLETED HEARINGS ARE SHOWN

***SUCCESSFUL PRINT COMPLETION***
```



d'kendric J. Agee 17B0759

Clinton Correctional Facility

P.O. Box 2000

Dannemora, New York 12929

April 17th, 2018

Mrs. Sherri Guzylak, Inmate Record Coordinator II

Auburn Correctional Facility

135 State Street

Auburn, New York 13021

Reason: People v. d'kendrick Agee

Cayuga County Indictment No. 2016-080 (Sealed)

Dear Mrs. Guzylak,

As you know, you where a witness at my trial in the above stated matter. I am preparing a CPL §440.10 motion to vacate the judgment of conviction. All allegations of fact essential to support the motion must be supported by affidavits (CPL §440.30 [4][d] [i]). Toward that end I would appreciate an affidavit from you answering the following questions:

1. Who authorized you to turn over expunged evidence to the Cayuga County district Attorney's office?

2. When did Mr. Brian Leeds obtain certain evidence including the alleged misbehavior report, the contraband in question, the fake request for urinalysis, and any other miscellaneous expunged evidence in relation to this matter

3. Did The Facility CPL [at the time of March 8th, 2016] ever inform you that any other member of the Inmate Records Coordintor's Office that this matter was adequately submitted [to the District Attorney's Office and appropriate police agency] and, later, accepted for criminal prosecution by the D.A's office?

4. Are you aware of any Information/Evidence Packet Form No. 0906910A ever being completed?

Thank you in advance for your kind cooperation.

Respectfully Submitted,

Keendric J. Agee
Defendant.

Subscribed and sworn before me this
19 day of April, 2018

Harry D. Durgan
Notary Public, State of New York
No. 01DU6008379
Qualified in Clinton County
Commission Expires

Jikendric J. Agee No. 17B0789

Clinton Correctional Facility

P.O. Box 2000

Dannemora, New York 12929

Office Of Special Investigation

The Harriman State Campus, Build. 2

1220 WASHINGTON AVE.

ALBANY, NEW YORK 12226-2050

April 17th, 2018

Reason". The People v. J'kendrick Agee

Cayuga County Indictment No. 2016-050

Dear Sir or Madam,

If this Office is not aware, the defendant in the above stated matter was convicted after a Jury of his peers found him guilty of Promoting dangerous prison contraband in the first degree which was not on the merits because I never received an misbehavior report. I am preparing a CPL §440.10 motion to vacate the judgment of conviction. All allegations of fact essential to support the motion must be supported by affidavits (CPL §440.30[4][b][i]). Toward that end, I would appreciate an affidavit from this office answering the following questions".

1. Was this office ever made aware of this situation in any shape, fashion, or form?

2. IS ANY correctional facility allowed to

distribute expunded records in any shape fashion, or form?

3. Why was there no Information/Evidence Packet Form No.6910A ever completed in this matter and without such sheet is jurisdiction establish for criminal prosecution?

4. Did the Superintendent ever confer with OSI the merits of this case for outside prosecution?

5. Is this office aware of the fact that this matter was not adequately submitted for criminal prosecution? [somehow the District Attorney became aware of this matter less than 24 hours before I was due to be released from DOCCS care custody and control than assistant district Attorney Mr. Brian T. Leeds removed paperwork directly from his file and directed New York State Police Inv. Mr. Brett E. Stover to simply copy what was on the Unusual Incident report onto an Felony Complaint simply to secure an conviction]

6. Was proper protocol used by DOCCS staff, Why wasn't such protocol, in accordance to DOCCS directive No.6910 followed and, why is the defendant being punished for somebody else's actions?

7. Is it possible that someone from the Office would be able to explain to the courts under oath the proper DOCCS protocol in Cayuga County for the Criminal Prosecution of inmate?

Thank you in advance for your kind cooperation.

Respectfully Submitted,

Defendant

Sworn to before me this

19 day of April, 2018

Harry D. Durgan
Notary Public, State of New York
No. 01DU6008379
Qualified In Clinton County
Commission Expires

J'kendric J. Agee No. 17B0789
Clinton Correctional Facility
P.O. Box 2000
Dannemora, New York 12929
Office Of Special Investigation
The Harriman State Campus, Build. 2
1220 WASHINGTON AVE.
ALBANY, NEW YORK 12226-2050

April 14th, 2018

Reason: The People v. J'kendrick Agee
        Cayuga County Indictment No. 2016-080

Dear Sir or Madam,

If this Office is not aware, the defendant in the above stated matter was convicted after a Jury of his peers found him guilty of Promoting dangerous prison contraband in the first degree which was not on the merits because I never received an misbehavior report. I am preparing a CPL §440.10 motion to vacate the judgment of conviction. All allegations of fact essential to support the motion must be supported by affidavits (CPL §440.30[4][D][i]). Toward that end, I would appreciate an affidavit from this office answering the following questions:

1. Was this office ever made aware of this situation in any shape, fashion or form?

2. Is ANY correctional Facility allowed to

distribute expunged records in any shape fashion, or form?

3. Why was there no Information/Evidence Packet Form No.6910A ever completed in this matter and without such sheet is jurisdiction establish for criminal prosecution?

4. Did the Superintendent ever confer with OSI the merits of this case for outside prosecution?

5. Is this office aware of the fact that this matter was not adequately submitted for criminal prosecution? [somehow the District Attorney became aware of this matter less than 24 hours before I was due to be released from DOCCS care custody and control than assistant district Attorney Mr. Brian T. Leeds removed paper work directly from his file and directed New York State Police Inv. Mr. Brett E. Stover to simply copy what was on the Unusual Incident report onto an Felony Complaint simply to secure an conviction]

6. Was Proper protocol used by DOCCS staff, why wasn't such protocol, in accordance to DOCCS directive No.6910 followed and, why is the defendant being punished for somebody else's actions?

7. Is it possible that someone from the Office would be able to explain to the Courts under oath the proper DOCCS protocol in Cayuga County for the criminal prosecution of inmate?

Thank you in advance for your kind cooperation.

Respectfully Submitted,

*[signature]*

Defendant

Sworn to before me this

19 day of Apl, 2018

*[signature]*

Harry D. Durgan
Notary Public, State of New York
No. 01DU6008379
Qualified in Clinton County
Commission Expires *[illegible]*

J'kendric J. Agee 17B0789
Clinton Correctional Facility
P.O. Box 2000
Danremora, New York 12929

April 19th, 2018

Deputy Commissioner For Correctional Facilities
Mr. Joseph Bellnier
Department of Correctional and Community Supervision
1220 Washington Ave., Bldg. 9,
Albany, New York 12226

Reason: The People v. J'kendrick Agee
Cayuga County Indictment No. 2016-050 (Sealed)

Dear Mr. Bellnier,

I am the defendant in the above stated matter which is a Promoting Prison Contraband case in which an C.O. from Auburn Correctional Facility alleges that he found a weapon on my persons 10 days prior to my release from DOCCS care, custody and control on the 28th day of February, 2016, which I never received an misbehavior report for. I am preparing a CPL §440.10 motion to vacate the judgment of conviction. All allegations of fact essential to support the motion must be supported by affidavits CPL §44030 [4] [d] [i]. Toward that end I would appreciate an affidavit from you answering the following questions:

1. How is it possible that I was criminally prosecuted when I never received an misbehavior report for the alleged incident?

2. Is there any proof that an Information/Evidence Packet Form No. 6910A, regarding the above stated incident, exist and was adequately submitted to the Cayuga County District Attorney's Office and the New York State Police?

3. Is it possible that an Assistant District Attorney can adequately obtain expunged records from any DOCCS employee for any reason?

4. Where you ever notified of this matter in any way?

5. According to DOCCS protocol should the Superintendent had contacted you or OSI if he became aware of such special circumstances regarding this matter?

That will be all thank you in advance for your kind cooperation

Respectfully Submitted,
Kendrei J. Ogle
Defendant.

Sworn before me this
19 day of April, 2018

Harry D. Durgan
Notary Public, State of New York
No. 01DU6008379
Qualified in Clinton County
Commission Expires

J'kendric J. Agee 17B0759

Clinton Correctional Facility

P.O. Box 2000

Dannemora, New York 12929

April 17th, 2018

Mrs. Sherri Guzylak, Inmate Record Coordinator II

Auburn Correctional Facility

135 State Street

Auburn, New York 13021

Reason: People v. J'kendrick Agee

Cayuga County Indictment No. 2016-080 (Sealed)

Dear Mrs. Guzylak,

As you know, you where a witness at my trial in the above stated matter. I am preparing a CPL §440.10 motion to vacate the judgment of conviction. All allegations of fact essential to support the motion must be supported by affidavits (CPL §440.30 [4] [d] [i]). Toward that end I would appreciate an affidavit from you answering the following questions:

1. Who authorized you to turn over expunced evidence to the Cayuga County district Attorney's office?

2. When did Mr. Brian Leeds obtain certain evidence including, the alleged misbehavior report, the contraband in question, the fake request for urinalysis, and any other miscellaneous expunced evidence in relation to this matter.

3. Did The Facility CPL [at the time of March 8th, 2016] ever inform you and/or any other member of the Inmate Records Coordintor's Office that this matter was adequately submitted [to the District Attorney's Office and appropriate police agency] and, later, accepted for criminal prosecution by the D.A's office?

4. Are you aware of any Information/Evidence Packet Form No. 0906910 A ever being completed?

Thank you in advance for your kind cooperation.

Respectfully Submitted,

Okendu J. Agee

Defendant,

Subscribed and sworn before me this 19 day of April, 2018

Harry D. Durgan
Notary Public, State of New York
No. 01DU6008379
Qualified in Clinton County
Commission Expires

J'Kendric J. Agee 17B0759
Clinton Correctional Facility
P.O. Box 2001
Dannemora, NY 12929

May 3th, 2018

G. Robinson, Deputy Superintendent of Security
Auburn Correctional Facility
135 State Street
Auburn, NY

Reason: The People v. J'Kendrick Agee
Cayuga County Indict. No. 2016-050(Sealed)

Dear Sir or Madam:

As you may or may not be aware of the
above stated matter were I was an inmate
at Auburn where an C.O. by name of Mr.
Keith E. Vincent II alleged alleged that he
removed an razor type weapon from my persons
on the 28th day of Febuary, 2016, Ten days
prior to my release [I was convicted after an
jury trial], I am preparing a CPL §440.10
motion to vacate the judgment of conviction.
All allegations of fact essential to support the
motion must be supported by affidavits (CPL
§440.30 [4] [d] [i]). Towards that end I
would appreciate an affidavit from you

answering the following questions:

1. Can you describ the policy used during the deposit or removal of evidence/contraband from the secure evidence locker, secure evidence drop box, or the evidence control area.

2. What are the Pat frisk procedures for an inmate attempting to proceed to keeplock recreation?

3. Were you made aware of this situation in any way prior to the 8th day of March, 2016?

4. To your knowledge was any DOCCS employee ever in contact with any police agency in regards to this matter?

5. What is the two person access system utilized when accessing the "serious/dangerous" contraband room/locker in all areas where contreband/evidence is stored? at Auburn Correctional Facility?

6. Did you authorize the desposition of contraband/evidence in the above stated matter?

7. What is the adequate method used of desposition of contraband ordered expunged from an inmate's institutional

and departmental files?

    8. Did you authiorize ADA Mr. Brian T. Leeds, Esq, to come into Auburn Correctional Facility and remove contraband from "secure" evidence locker?

    9. Was an Contraband/Evidence Photograph Card utilized in this matter?

              Respecktfully Submitted,

              Glendi J. Cagce

              Defendant, Pro se.

Sworn to before me

35d 4th day of May, 2018

Mark J Wilson
Notary Public, State of New York
No. 01W16354425
Qualified in Clinton County
Commission Expires 02/06/202_1

J'kendric J. Agee 17B0759
Clinton Correctional Facility
P.O. Box 2000
Dannemora, New York 12929

April 19th, 2018

Superintendent Mr. Harold D. Graham
Auburn Correctional Facility
135 State Street
Auburn, New York 13021

Reason: The People v. J'kendrick Agee
Cayuga County Indictment No. 2016-050 (sealed)

Dear Mr. Graham,

As you may or may not be aware of the fact that an officer [C.O.] at your facility by the name of Mr. Keith E. Vincent II alleged that he personally removed contraband from my persons on the 28th day of February 2016 at approx. 9:20 am. I was later charged criminally in reference to this incident on the 9th day of March, 2016, the day I was due to be released from DOCCS care, custody and control. I was later convicted by a jury of my peers of Promoting Dangerous Prison Contraband in the first degree on the 18th day of November, 2016. Now I am preparing a CPL §440.10 motion to vacate the judgment of conviction. All allegations of fact essential (CPL §440.30 [4][d][i]). Toward that end I would appreciate an affidavit from you answering the following questions:

1. Did you ever evaluate the above stated matter for apparent criminal violation for possible referral for criminal prosecution?

2. What is established protocol with Auburn Correctional

Facility with the Cayuga County District Attorney's Office and State and local police or investigative officials?

3. Did you notify the Facility CPL that this incident would be referred for outside prosecution?

4. Where you aware that on the 22th day of March, 2016, Cayuga County ADA Mr. Brian T. Leeds, Esq., entered Auburn Correctional Facility and obtained expunged evidence in regards to this matter including a misbehavior report, request for urinalysis, the alleged contraband in question and other miscellaneous expunged evidence in relation to this matter?

5. Are you aware of an actual Information/Evidence Packet Form No. 6910A, being complete regarding this incident?

6. If so, why wasn't all required information as listed on such sheet checklist obtained and included on such form?

7. Are you aware of the fact that Cayuga county ADA Mr. Brian T. Leeds, Esq., supplied New York State Police Investigator Mr. Brett Stover with information that he kept in his files and insuricted Mr. Stover to write what was on a fake U.1. report onto a felony complaint to establish jurisdiction over me exactly one day before I was due to be released from Auburn Correctional Facility?

8. Is there any 6 digit CCCNo. in relation to this matter?

9. Did this matter ever appear in any "Quarterly Report of Pending Inmate Criminal Prosecution Cases"?

10. Where you aware that several Auburn Correctional

Facility staff members testified at the above stated trial?

10. If you where aware of any of the special circumstances regarding this matter why didn't you contact OSI?

Thank you in advance for you kind cooperation.

Respectfully Requested,

Glendin J Agee
Defendant.

Sworn to before me
19 th day of April, 2018

Harry D. Durgan
Notary Public, State of New York
No. 01DU6008379
Qualified in Clinton County
Commission Expires

J'kendric J. Agee 1780759
Clinton Correctional Facility
P.O. Box 2000
Dannemora, NY 12929

April 22th, 2018

Evidence Control Supervisor
Auburn Correctional Facility
135 State Street
Auburn, New York 13021
Reason: The People v. J'kendrick Agee
Cayuga County Indictment No. 2016-050 (Sealed)

Dear Sir or Madam,

You may or may not be aware of the fact that I was convicted of promoting prison contraband in the first degree by a jury of my peers, in connection with an incident that occurred on the 28th day of February, 2016, at approx. 9:20am when I was an inmate at Auburn Correctional Facility locking on D Block 7-27. I am preparing a CPL §440.10 motion to vacate the judgment of conviction. All allegations of fact essential to support the motion must be supported by affidavit (CPL §440.30 [4] [d][i]). Toward that end I would appreciate an affidavit from you answering the following questions:

1. On the 28th day of February, 2016, and the 22th day of March, 2016 did you or whoever held your position prior to you, have direct oversight of the

general contraband locker and evidence control area?

2. If so, did you ever notice Mr. Keith E. Vincent-II [C.O.] drop anything in the drop box at any time on the 28th day of February, 2016, and can you produce any paperwork stating so or are you willing to state in the front of a Court, under oath if Mr. Vincent Actually Dropped anything in such box?

3. Where you or any appropriate Security Supervisor present when C.O. Mr. Keith E. Vincent II dropped alleged contraband on the 28th day of February, 2016, into secure evidence drop box or the evidence control area?

4. Where you or any appropriate Security Supervisor present when Cayuga County ADA Mr. Brian T. Leeds, Esq., removed alleged contraband from secure evidence locker or the evidence control area on the 22th day of March, 2016?

5. Did you ensure all procedures as outlined within DOCCS Directive No. 4910A, Contraband/ Evidence – Handling, Storage, and Disposition, related to evidence collection, classification, reporting storage, and disposition were followed regarding the alleged contraband deposit made by C.O. Mr. Keith Vincent on the 28th day of February, 2016?

6. At any point where you ever in contact with local or state police regarding the disposition of the alleged contraband that C.O. Mr. Keith F. Vincent

alleges that he found on my persons?

7. Did you ensure that proper procedures where being followed regarding items no longer appropriate to be retained where purged on the 9th and 22th day of March, 2016, and the disposition of old contraband that C.O. Mr. Vincent alleged that I possessed on my persons was thoroughly documented in accordance with Directive No. 4910A, for logging, storage, and disposition?

8. Did you write a Memorandum detailing this inspection and note any discrepancies and forward them to the Deputy Superintendent for Security or equivalent for review?

9. Which locker was such evidence placed in "general contraband locker" or "evidence storage area"?

10. Utilizing the two person access system for entry documented in a control logbook for deposit/removal of evidence. Evidence log stamp must be utilized to ensure the accuracy of information entered into log. The storage and disposition of all evidence shall be a two person system. Who are the two people who utilized restricted key rings which is assigned to and utilized by you or appropriate authorized designee as defined in Directive No. 4910A and whose issuance will be in accordance with Directive No. 4092, "Key Control"?

11. The presence of the Evidence Control Supervisor or other appropriate Security Supervisor as designed by

the Deputy Superintendent for Security or equivalent is absolute during the deposit or removal of evidence from all storage locker(s) or area(s) as defined above and throughout this directive No. 4910A. Where you present when ADA Mr. Brian Leeds, Esq., removed such evidence from storage locker(s) or area(s)? Or was some other security supervisor present?

12. Was such process [the storage and disposition] witnessed by a Department employee or other law enforcement representive?

13. If so, who [Notice: ADA Mr. Brian Leeds is not a law enforcement representative — he is a Prosecutor]?

14. Did C.O. Mr Keith Vincent, the first Officer to possess the alleged contraband, transport and record the contraband to you or designee, as soon as possible?

15. Is there a bound book containing logs and press numbered pages maintained at Auburn Correctional Facility?

16. Was such contraband ever assigned a facility evidence control number and was such number recorded by the facility Watch Commander in a log maintained within the Watch Commander's office?

17. You must inspect, at least quarterly, all contraband/Evidence storage lockers/areas to check inventories and ensure that proper procedures are being

Followed, items no longer necessary or appropriate to be retained are purged, and the disposition of all contraband is thoroughly documented in accordance with this policy [Directive No. 4910A] for logging, storage, and disposition correct?

18. Every facility shall establish a point of contact with the New York State Police or local law enforcement agency, whereby an agreement is in place for the surrender/disposal of contraband. Such surrender must be noted in evidence control area logbook and on any pertinent chain-of-custody evidence. A receipt must be obtained and retained by you. Do you have such receipt?

19. Why wasn't the Department's Office of Special Investigations contacted when this facility was not able to contact the State Police or local law enforcement before the defendant was released any the above stated matter was ordered expunged?

20. How was ADA Mr. Brian T. Leeds, Esq. able to obtain expunged evidence 13 days after it was ordered expunged, and who ordered that such contraband be turned over to him?

Thank you in advance for your help.

Sworn to before me                              Respectfully,
9th day of [      ] 2018

Harry D. Durgan
Notary Public, State of New York
No. 01DU6008379
Qualified in Clinton County
Commission Expires

Defendant

J'kendric J. Agee Din No. 17B0789
Clinton Correctional Facility
P.O. Box 2000
Danremora, New York 12929
                    April 17th, 2018

Criminal Prosecution Liaison
Auburn Correctional Facility
~~P.O. Box 2000~~ 135 State Street
Auburn, New York 13021

     Reason: ~~~~ The People v. J'kendrick Agee
             Cayuga County Indictment No. 2016-050 (Sealed)

Dear Sir or Madam,

     If you are aware, I was convicted of Promoting
Dangerous Prison Contraband in the first degree after a jury
of my peers convicted me of the 17th day of November, 2016.
I am preparing a CPL §440.10 motion to vacate the
judgment of conviction. All allegations of fact essential
to support the motion must be supported by affidavit
(CPL §440.30 [4] [d] [i]). Toward that end I would
appreciate an affidavit from you answering the
following questions:

     1. Did you [or who held your position on the 8th day
of March, 2016] ever prepare an Information/Evidence
Packet in accordance with DOCCS directive No. 6910, in
relation to Unusual Incident Report No. 160060?

     2. If not, do you possess the knowledge to explain
why such form was not completed and, still I was
prosecuted?

     3. Did you authorize [or is it any proof that
who held your position on the 22 day of March, 2016]
Cayuga County ADA Mr. Brian T. Leeds, Esq., to enter

Auburn Correctional Facility and obtain expunged evidence in relation to U.I. No. 160060 [including the fake misbehavior report, the alleged contraband in question, a fake Urinalysis (Request) and other miscellaneous expunged evidence in relation to this matter]?

4. If so, did you know that such action is not within accordance with DOCCS rules and regulations?

5. Did you ever oversee any aspect of this matter [The prosecution of Mr. d'Kendric Agee]?

6. If so, did you recognize any unusual circumstances?

7. Did you [or whoever held your position prior to you] submit a copy of an incomplete Information/Evidence Packet to the Cayuga County District Attorney Office and the appropriate police agency?

8. If so, why did the District Attorney's Office of Cayuga County representative Mr. Brian Leeds, Esq. supply New York State Police Investigator Mr. Brett E. Stover with information kept in his file so Mr. Stover would have enough information to file a felony complaint and why would Mr. Stover state under oath that he never had any contact with anyone besides Mr. Brian T. Leeds, Esq. in regards to this matter?

9. Did you [or anyone who held your position prior to you] utilize Form No. 6910 C "Quarterly Report of Pending Inmate Criminal Prosecution Cases" and report the status of each pending case to OSI from March 9th 2016 to March 9th, 2017?

10. If so, did my case ever appear in any such "Quarterly Report(s)"?

11. Does the above named Defendant have an 6 digit CCC# (not the facility U.I. No.)?

Thank you for your kind cooperation in advance.

Respectfully Submitted,

*[signature]*

Sworn to before me this

19 day of April , 2018

*[signature]*

Harry D. Durgan
Notary Public, State of New York
No. 01DU6008379
Qualified in Clinton County
Commission Expires *[signature]*