My Exhibit

Keith Vincent - by Mr. Leeds                4

1           K E I T H   V I N C E N T
2      having been first duly sworn by the Foreperson,
3      was examined and testified as follows:
4  EXAMINATION
5  BY MR. LEEDS:
6           Q.      Good afternoon.  Can you state your name,
7  please?
8           A.      Officer Keith Vincent.
9           Q.      Where do you work?
10          A.      Auburn Correctional Facility.
11          Q.      What kind of work do you do for Auburn
12 Correctional Facility?
13          A.      I'm a correctional officer in general
14 population.
15          Q.      And how long have you been a corrections
16 officer at Auburn?
17          A.      I have been at Auburn a little over 11
18 years.
19          Q.      What level security is Auburn Correctional
20 Facility?
21          A.      It's a maximum security prison.
22          Q.      I want to take you back now to February
23 28th, 2016 and an incident involving Jkendrick Agee.  Do
24 you, first off, recall this incident?
25          A.      I do.

Keith Vincent - by Mr. Leeds                              5

1    Q.    Do you recall if you were working on
2  February 28th, 2016?
3    A.    Yes, I was working.
4    Q.    The grand jury here is investigating
5  Mr. Agee for the offense at the prison, and I want you
6  to tell us a little bit about how you're involved in
7  this case. Where were you working just prior to
8  becoming involved with Mr. Agee?
9    A.    I was working in D block.
10   Q.    What is D block in relation to the prison
11 itself?
12   A.    It is a general housing block.
13   Q.    What kind of job did you have on D block at
14 that point?
15   A.    I was the third officer I think in the
16 block.
17   Q.    What does that mean?
18   A.    We have a first officer that runs the desk,
19 and we have two other officers, a second officer and
20 third officer. We do primarily all the rounds in the
21 block, let in, let out for chow runs, yard runs, that
22 kind of stuff, kind of general running of the block is
23 what we do every day.
24   Q.    Was Jkendrick Agee an inmate at the prison
25 at the time?

Keith Vincent - by Mr. Leeds                        6

1    A.    Yes, he was.
2    Q.    And he was in one of those blocks or a cell
3  that you were responsible for?
4    A.    Yes, he was.
5    Q.    Explain a little bit about what happened
6  that led to the incident and the unusual report --
7  unusual incident report with Mr. Agee?
8    A.    We were running keep lock recreation at the
9  time.  During that period that is when an inmate is
10 actually confined to the cell.  He comes out of the cell
11 for one hour of recreation for the day.  He's confined
12 to the cell for some sort of a disciplinary reason.
13   Q.    And that's what keep lock is essentially?
14   A.    Right.
15   Q.    They have to be locked in, but they're
16 allowed to go out for one hour of recreation?
17   A.    Yes.
18   Q.    Continue.
19   A.    Upon that, when we go to the cells, there's
20 two officers that go in front of the cells.  They got
21 the cell open, they bring the inmate, they pat frisk the
22 inmate.  I work on the front side of the company.  As
23 the inmate comes off, after that then we proceed to use
24 a metal detector, a wand, wand the inmate to make sure
25 that there wasn't anything we missed during the pat

Keith Vincent - by Mr. Leeds                    7

1  frisk.
2      Q.    Are the inmates I guess escorted one at a
3  time down to your area?
4      A.    Yes, sir.  They're escorted one at a time.
5      Q.    What happened when you were doing the
6  security wand, the magnetic reader wand with Mr. Agee?
7      A.    As I was wanding Mr. Agee, the wand kept
8  signaling in his right front waistband area.
9      Q.    What did you do in response to this?
10     A.    Actually paid closer attention, went to and
11 researched that area, at which time is when I found the
12 actual weapon, the razor blade type weapon.
13     Q.    Did you perform any kind of search or pat
14 frisk on Mr. Agee?
15     A.    Well, at that time yes.  I went through and
16 patted down his front waistband area and I actually
17 rolled the waistband down.  That's when the weapon
18 actually was found.
19     Q.    I'm going to hand you what we have marked
20 here as Grand Jury Exhibit Number 1.  Can you identify
21 that?
22     A.    Yes.  That would be the razor type weapon
23 that was taken off of him that day.
24     Q.    In looking at that, does that appear changed
25 or altered in any way from the item that you took out of

Keith Vincent - by Mr. Leeds                          8

1   Mr. Agee's waistband at that point?
2       A.      No, not at all.
3       Q.      What I guess exactly is that item?
4       A.      What it appears to be is actually the blade
5   from a state-issued razor blade.
6       Q.      Has it been altered or modified in any way?
7       A.      The blade was taken out of the actual
8   plastic razor blade itself.
9       Q.      Does it have like any handle or sheath?
10      A.      It has a black tape handle with a sheath on
11  it.
12      Q.      Would the inmates be allowed to have
13  possession of a razor like that?
14      A.      No, absolutely not.
15      Q.      They wouldn't be issued the razor itself in
16  any way?
17      A.      The actual razor itself, they get a razor
18  every Sunday, obviously for shaving.  This is an altered
19  item, so it's actually removed the blade and --
20      Q.      What's the form that they're actually given
21  the razor in initially?
22      A.      Just typically single bladed disposable
23  razor.
24      Q.      And they are not allowed to alter that or
25  break that or get that razor out in any way?

Keith Vincent - by Mr. Leeds                                9

1    A.    Not at all.
2          MR. LEEDS:  I'm going to move to admit
3    Grand Jury Exhibit Number 1 at this time.
4          THE FOREPERSON:  So admitted.
5          (Grand Jury Exhibit Number 1 was
6          received in evidence.)
7    BY MR. LEEDS:
8    Q.    Have you seen items like that inside the
9    prison before in your experience?
10   A.    Yes.
11   Q.    Are you familiar with the rules concerning
12   contraband inside the prison as well?
13   A.    Fairly well.
14   Q.    Would this item be considered contraband if
15   possessed by an inmate?
16   A.    Absolutely.
17   Q.    Would it be considered dangerous contraband?
18   A.    Absolutely.
19   Q.    What exactly makes it dangerous?
20   A.    The fact that the purpose is either cutting
21   somebody, self-defenses or just to attack somebody and
22   actually slash them.  Usually they prefer to slash each
23   other in the face for whatever reason.
24   Q.    Have you seen inmates slashed with items
25   such as that before?

1    A.    Very often and a lot.
2    Q.    What kind of injuries do you see having
3 occurred as a result of things like this?
4    A.    Again, they prefer to slash in the face.
5 I've seen ears cut off, cheeks completely laid open so
6 you can see the teeth, gum lines sliced opened.
7 Actually this one guy I saw it went all the way through
8 his cheek, hit his tongue and almost took off a chunk of
9 his tongue with razors. I've seen them sliced down the
10 neck, obviously trying to get to an artery or something.
11 I've seen quite a bit of that stuff over the years.
12   Q.    First of all, were any other inmates around
13 at the time that you removed this from Mr. Agee?
14   A.    No.
15   Q.    What did you do I guess with Mr. Agee first
16 after you recovered the item from his waistband?
17   A.    I recovered the item, put it in my pocket,
18 and at that time I put handcuffs on him, mechanical
19 restraints. At that time I notified my area supervisor,
20 and he was escorted up to SHU-D, the maximum -- which is
21 our Special Housing Unit.
22   Q.    What did you do with the item that you
23 removed from Mr. Agee?
24   A.    From there I took that up front. I
25 obviously filled out the proper paperwork and this bag

Keith Vincent - by Mr. Leeds                     11

1   and placed it in the evidence locker.
2           MR. LEEDS:  I have no further questions
3   for Officer Vincent.  Any questions from the
4   grand jury at this point?  Okay.  You all
5   set.  Thank you so much.
6           (The witness was excused.)
7                    *         *         *
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

                    Sherri Guzylak - by Mr. Leeds                 13

1                   S H E R R I   G U Z Y L A K
2           having been first duly sworn by the Foreperson,
3           was examined and testified as follows:
4    EXAMINATION
5    BY MR. LEEDS:
6           Q.     Good afternoon.  Can you state your name,
7    please?
8           A.     Good afternoon.  My name is Sherri Guzylak.
9           Q.     Where do you work?
10          A.     At Auburn Correctional Facility.
11          Q.     What kind of work do you do for Auburn
12   Correctional Facility?
13          A.     I'm the inmates records coordinator.
14          Q.     What do you do as the inmate records
15   coordinator?
16          A.     We house the inmates' legal folders, we
17   handle transportation, releases, warrants, court
18   appearances.
19          Q.     How long have you been doing that specific
20   job?
21          A.     Just under a year now.
22          Q.     I'm going to hand you what we have marked
23   here as Grand Jury Exhibit Number 2.  Can you identify
24   what that is?
25          A.     Yes.  This is an external movement history.

1   It shows movement from facility to facility for a
2   particular inmate.
3       Q.      Does that movement history have a specific
4   inmate listed on it?
5       A.      Yes, it does.  It's Jkendrick Agee.
6       Q.      Aside from the name, are the inmates
7   identified by any other format?
8       A.      Yes, they are.  They're also given a
9   department identification number.
10      Q.      Is that on the form as well?
11      A.      It is, yes.
12      Q.      That history form, is that made in the
13  ordinary course of business for the Department of
14  Corrections?
15      A.      Yes, it is.
16      Q.      Is it the regular course of business for the
17  Department of Corrections to make and maintain a record
18  such as the one like you're holding?
19      A.      Yes, it is.
20      Q.      Now, is the record, the history, made for
21  each inmate that is within the Department of
22  Corrections?
23      A.      Yes, it is.
24      Q.      Is the record updated each time an inmate
25  moves from facility to facility within the Department of

1  Corrections?
2       A.      Yes, that's correct.
3               MR. LEEDS:  I'm going to move to admit
4  Exhibit Number 2 at this time.
5               THE FOREPERSON:  So admitted.
6               (Grand Jury Exhibit Number 2 was
7               received in evidence.)
8  BY MR. LEEDS:
9       Q.      In looking at that form, was Jkendrick Agee
10 an inmate at Auburn Correctional Facility on
11 February 28th, 2016?
12      A.      Yes, he was.
13      Q.      Does it say where he would have been housed
14 around the 28th?
15      A.      It's on the other -- it shows him as being
16 at Auburn, correct.
17      Q.      But it doesn't list internally where he goes
18 from place to place within Auburn?
19      A.      Not on this particular report, it does not.
20      Q.      Just that he's generally housed at Auburn?
21      A.      In that particular facility at that time,
22 correct.
23      Q.      Next I'm going to hand you what we have
24 marked here as Grand Jury Exhibit Number 4.  Can you
25 identify what that is?

1     A.    Yes.  This is an inmate rule book.
2     Q.    Are all inmates given that rule book when
3  they come into the control of the Department of
4  Corrections?
5     A.    Yes, they are.
6     Q.    What exactly is a rule book?  What does that
7  refer to?
8     A.    It's actually named standards of inmate
9  behavior.  It's kind of a list of the dos and don'ts,
10 how to conduct yourself within the prison walls.
11    Q.    If an inmate were to lose or misplace their
12 rule book, would they have an opportunity to get another
13 copy of it?
14    A.    Yes, they could.
15    Q.    Do all those rules apply to all inmates in
16 the Department of Corrections?
17    A.    Yes, they do.
18    Q.    Do you give out or does the Department of
19 Corrections give out different rule books to different
20 types of inmates?
21    A.    No.  It's one standard book.
22    Q.    Is that the rule book that would have been
23 in effect in 2015, 2016?
24    A.    Yes, it is.
25    Q.    Does that rule book have any rules

Sherri Guzylak - by Mr. Leeds                17

1  concerning possession or use of contraband inside a
2  prison facility?
3      A.    Yes, it does.
4            MR. LEEDS:  First off, I'm going to
5      move to admit at this time Grand Jury
6      Exhibit Number 4 into evidence.
7            (Grand Jury Exhibit Number 4 was
8      received in evidence.)
9  BY MR. LEEDS:
10     Q.    Now that it's admitted, I want to refer you
11 to the rules concerning contraband.  Do you see rule
12 113.10?
13     A.    Yes, I do.
14     Q.    If you could read rule 113.10 for the grand
15 jury?
16     A.    An inmate shall not make, possess, sell or
17 exchange any item that may be classified as a weapon or
18 dangerous instrument by description, use or appearance.
19 A dangerous instrument is any instrument, article or
20 substance, which, under the circumstances in which it is
21 used, attempted to be used or threatened to be used is
22 readily capable of causing bodily harm.
23     Q.    Now, in looking further at the rules
24 concerning contraband, do you see any rule in there for
25 possession of altered items?

Sherri Guzylak - by Mr. Leeds                18

1   A.   Yes, I do.
2   Q.   What's that rule?
3   A.   That would be 113.11.
4   Q.   If you could, could you read 113.11?
5   A.   Sure. An inmate shall not possess any
6   authorized item that has been altered in any manner so
7   as to change its original intent and/or purpose.
8   Q.   Now, does the contraband rule have other I
9   guess types of contraband that would be considered in
10  the prison aside from what you've already mentioned?
11  A.   Yes. There are other subdivisions as well.
12  Q.   Other subdivisions, okay. Does the
13  Department of Corrections maintain any records or forms
14  to show that an inmate was actually given a handbook?
15  A.   Yes. There is a receipt that is given to
16  him to sign at the same time the book is issued.
17  Q.   I'm going to hand you what's been marked now
18  as Grand Jury Exhibit Number 3. Can you identify that?
19  A.   Yes. This is a rule book receipt.
20  Q.   Does that rule book receipt refer to a
21  specific inmate?
22  A.   Yes, it does, to Jkendrick Agee.
23  Q.   Is his department identification number on
24  there as well?
25  A.   Yes, it is.

Sherri Guzylak - by Mr. Leeds                                19

1  Q.  Is that record made in the ordinary course
2  of business for the Department of Corrections?
3  A.  Yes, it is.
4  Q.  Is it the regular course of business to make
5  and maintain records such as the rule book receipt that
6  you're holding?
7  A.  Yes.
8  Q.  And is the rule book receipt made for each
9  of the inmates as they actually do receive their rule
10 book?
11 A.  Yes, that's correct.
12 Q.  Is that form signed then by the inmate as
13 well?
14 A.  Yes, it is.
15 Q.  Is the form or the rule book receipt dated
16 for when he received his rule book?
17 A.  Yes.  This one is dated July 7th, 2015.
18         MR. LEEDS:  I'm going to move to admit
19         Grand Jury Exhibit Number 3 at this time as
20         well.
21         THE FOREPERSON:  So admitted.
22         (Grand Jury Exhibit Number 3 was
23         received in evidence.)
24         MR. LEEDS:  That's going to conclude my
25         questions for Ms. Guzylak.  Any questions

Sherri Guzylak - by Mr. Leeds                    20

```
 1       from the grand jury at this point?  Okay.  I
 2       will take all those back from you.  You're
 3       all set.
 4                (The witness was excused.)
 5                      *       *       *
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```