# Exhibit O

| 1. Agency | 2. Div/Precinct | | 3. ORI | 5. Case No. | 6. Incident No. |
|---|---|---|---|---|---|
| E2 TROOP E - ZONE 2 | E211 | | NY1050100 | EAUB | 67858 |
| 7,8,9. Date Reported (Day, Date, Time) | 10,11,12. Occurred On/From (Day, Date, Time) | | 13,14,15. Occurred To (Day, Date, Time) | | |
| TUESDAY 03/08/2016 15:49 | TUESDAY 03/08/2016 15:49 | | | | |
| 16. Incident Type | | 17. Business Name | | | |
| CONTRABAND-CONTRABAND JAIL/PRISON | | AUBURN CORRECTIONAL FACILITY | | | |
| 19. Incident Address (Street Name, Bldg. No., Apt. No.) | | | | | |
| 135 STATE STREET | | | | | |
| 20. City/State/Zip | | | | | |
| AUBURN NEW YORK 13021 | | | | | |
| 21. Location Code (TSLED) | | 23. No. of Victims | 24. No. of Suspects | 26. Victim also Complainant? | |
| AUBURN CITY 0601 | | 0 | 1 | | |
| Location Type | | | | | |
| JAIL/PRISON | | | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1. | PL | 205.25 | 02 | D | F | 1 | C | POSSESS DANGEROUS CONTRABAND IN PRISON-1ST DEGREE | 1 |

## ASSOCIATED PERSONS

| | | | | | |
|---|---|---|---|---|---|
| LAW ENFORCEMENT OFFICER | VINCENT, KEITH, E II | 12/11/1978 | CORRECTIONS OFFICER AUBURN NY 13021 | | (315)29-8401 |
| LAW ENFORCEMENT OFFICER | QUINN, TIMOTHY | | AUBURN CORRECTIONAL FACILITY - LT AUBURN NY 13021 | | (315)29-8401 |
| SUSPECT | AGEE, JKENDRICK | 08/10/1991 | ACF INMATE - DIN#08B1474 AUBURN NY 13021 | | |

## SUSPECT

| Person ID # | 34. Type | 35. Name (Last, First, Middle) | | | | | |
|---|---|---|---|---|---|---|---|
| 3099936 | SUSPECT | AGEE, JKENDRICK | | | | | |
| 37. Apparent Condition | | 38. Address (Street Name, Bldg., Apt. No., City, State, Zip) | | | | | |
| | | ACF INMATE - DIN#08B1474  AUBURN NY 13021 | | | | | |
| 39a. Home Phone | 39b. Work Phone | 40. Social Security | 41. DOB | 42. Age | 43. Gender | 44. Race | |
| | | 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 | 08/10/1991 | 24 | MALE | BLACK | |
| 45. Ethnicity | 46. Skin | 47. Occupation | | | | | |
| NOT HISPANIC | DARK | LABORER | | | | | |
| 48. Height | 49. Weight | 50. Hair | 51. Eyes | | 52. Glasses | 53. Build | |
| 6ft. 3in. | 280lbs. | BLACK | BROWN | | NO | NORMAL | |
| 54. Employer/School | | 55. Employer Address | | | | | |
| | | NY | | | | | |
| 56. Scars/Marks/Tattoos/Description | | | | | | | |
| NONE | | | | | | | |

36. Alias/Nickname/Maiden Name

| Last Name | First Name | Middle Name |
|---|---|---|
| | | |

## NARRATIVE

| Date of Action | Date Written | Officer Name & Rank |
|---|---|---|
| 03/08/2016 | 03/08/2016 | STOVER, BRETT (INV) |

**Narrative**

Lt. T. Quinn reports that inmate JKENDRIC AGEE dob 8/10/91 (DIN#08B1474) was found to be in possession of dangerous prison contraband (weapon), case adopted by Inv. Brett Stover.

Page 1 of 2                                                                                                    3/21/2016        10:55:54

| Date of Action | Date Written | Officer Name & Rank |
|---|---|---|
| 03/10/2016 | 03/10/2016 | STOVER, BRETT (INV) |

**Narrative**

1. Lt. Timothy Quinn of Auburn Correctional Facility located at 135 State Street in the City of Auburn reports that on 2/29/16 inmate JKENDRIC AGEE dob 8/10/91 (DIN#08B1474) was found to be in possession of dangerous prison contraband (weapon). Unusual Incident Report #160060 assigned to this case and a copy of the UI Report is attached to the final report as an enclosure.

2. On 2/28/16 Officer KEITH VINCENT conducted a pat frisk of inmate AGEE directly in front of his cell (D-7-27) prior to keeplock recreation. While utilizing a hand held metal detector, Officer VINCENT received an alert along the waist band of inmate AGEE's pants. Officer VINCENT then recovered a razor blade that measured approximately 2" long by 1/2" wide with a tape handle and sheath that was concealed in the inmate's waistband. The item of contraband was photographed, secured and retained by NYSDOC staff. Officer VINCENT completed a "To-From Memorandum" regarding the incident with a copy being attached to the final report as an enclosure.

3. Inmate AGEE is currently serving a sentence of 3 years and 6 months for a Robbery 2nd conviction out of Niagara County. He has an Earliest Release Date of 3/9/16 and an Earliest Release Type being open date for parole release.

4. On 3/8/16 I discussed the details of this investigation with Assistant District Attorney Brian Leeds of the Cayuga County District Attorney's Office. A.D.A. Leeds advised that he office would prosecute inmate AGEE for Possession of Prison Contraband 1st.

5. On 3/8/16 I obtained an arrest warrant for inmate AGEE from the Hon. David B. Thurston of the City of Auburn Court on the charge of Possessing Prison Contraband 1st. A copy of the arrest warrant is attached to the final report as an enclosure.

6. On 3/8/16 I forwarded a copy of the warrant to Auburn Correctional Facility and advised that members of SP Auburn would be taking custody of inmate AGEE prior to his release.

7. On 3/9/16 inmate AGEE was released to the custody of Inv. Jared Proper and Tpr. Patrick McCormack. He was transported to SP Auburn where he was processed without incident on the charge of Possessing Prison Contraband 1st. He was then transported to the City of Auburn Court where he was arraigned before the Hon. Michael McKeon and subsequently remanded to the Cayuga County Jail in lieu of $3,000.00 cash or $6,000.00 bond until his next court appearance on 3/14/16 at 12:45 pm.

8. On 3/9/16 NYS Parole, Officer Hock, was advised of the arrest of inmate AGEE.

9. Case adopted regarding inmate JKENDRIC AGEE being found to possess a weapon while confined to Auburn Correctional Facility and closed with his arrest at this time.
/ ARREST - ADULT / NO PROPERTY OR EVIDENCE SECURED BY NYSP / FINAL REPORT /

Enclosures:
Arrest Report - JKENDRIC AGEE
UI Report #160060
To-From Memorandum - Officer Keith Vincent
Arrest Warrant

## ADMINISTRATIVE

| 74. Inquiries | 75. NYSPIN Message No. | 76. Complainant Signature | |
|---|---|---|---|
| CH WW | | | |
| 77. Reporting Officer Signature (Include Rank) | 78. ID No. | 79. Supervisor Signature (Include Rank) | 80. ID No. |
| INV BRETT STOVER /INV./ | 5056 | SR INV DAVID STEBBINS | 1477 |
| 81. Status | 82. Status Date | 83. Notified/TOT | |
| ARREST - ADULT | 03/08/2016 | | |

Solvability Total    0

| 1. NYSID No. | 2. CJTN No. | | 3. Case No. | 4. Ref. No. |
|---|---|---|---|---|
| 02697786L | 67556250K | ARREST REPORT | 6785685 | |
| 5. FBI No. | 6. Arrest No. | 7. Agency | 8. Div/Precinct | 4a. |
| 870489TC4 | 699885 | E2 TROOP E - ZONE 2 NY1050100 | E211 | |

## DEFENDANT INFORMATION

| 9. Name (Last, First, Middle) | | | | | | 11. Phone Number |
|---|---|---|---|---|---|---|
| AGEE, JKENDRICK | | | | | | |
| 12. Street Number and Name, Bldg. No., Apt. No. | | | 13. City, State, Zip | | | 14. Residence Status |
| ACF INMATE - DIN#08B1474 | | | AUBURN NY 13021 | | | RESIDENT |
| 15. Place of Birth | 16. D.O.B | 17. Age | 18. Gender | 19. Race | | 20. Ethnicity |
| USA | 08/10/1991 | 24 | MALE | BLACK | | NOT HISPANIC |
| 21. Skin | 22. Height | 23. Weight | 24. Hair | 25. Eyes | 26. Glasses | 27. Build |
| DARK | 6ft. 3in. | 280lbs. | BLACK | BROWN | NO | NORMAL |
| 28. Marital Status | | 29. U.S. Citizen | 30. Citizen Of | | | |
| SINGLE (NEVER MARRIED) | | YES | USA | | | |
| 31. Soc. Sec. No. | 32. Education | | 33. Religion | 35. Employed | | |
| 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 | HIGH SCHOOL (ENTER 09 - 12) - | | NONE | INMATE | | |
| 34. Occupation | | | | | | |
| LABORER | | | | | | |
| 36. Scars/Marks/Tattoos Description | | | | | | |
| NONE | | | | | | |

## ARREST INFORMATION

| 37. Arresting Officer/ID | 39. Assisting Officer/ID | 41. Arrest Date | 42. Time |
|---|---|---|---|
| MCCORMACK PATRICK TPR 1132 | PROPER JARED INV 1109 | 03/09/2016 | 09:30 |
| 43. Location of Arrest | | 44. Juvenile | 45. Condition of Defendant |
| ACF INMATE - DIN#08B1474 AUBURN NEW YORK 13021 | | NO | APPARENTLY NORMAL |
| 48. Miranda | 49. Miranda By | 50. Miranda Date | 51. Miranda Time |
| NO | | | |
| 52. Statements | 54. Search Warrant | 55. ID Procedure | |
| NONE | NO | NONE | |
| 56. Arraign. Court | | 57. Arraign. Judge | |
| AUBURN CITY COURT NY005011J | | PRESIDING | |
| 58. Arraign Date | 59. Arraign Time | 60. Property | 61. Evidence | 61a. Processed By |
| 03/09/2016 | 12:00 | NO | NO | |
| 61b. Disposition | | 63. Arrestee Status | | 64. Bail Amount |
| CLOSED | | HELD | | $ 0.00 |
| 65. Bondsman | 66. Photo No. | 67. Arrest Type | | 68. Warrant No. |
| | | ARREST WARRANT | | |
| 69. Arrest FOA | 70. Other Agency | | | 71. F/P Taken |
| NO | | | | YES |
| 76. Return Court | | 77. Return Judge | | |
| 78. Date | 79. Time | 80. Defendant/Case TOT Agency | | 80a. Officer Name |
| 81. Case TOT Time | 82. Case TOT Date | 43a. CTV Code | | |
| | | AUBURN CITY 0601 | | |

Page 1 of 2

3/21/2016   10:52:40

## INCIDENT INFORMATION

| 62. Incident No. | 72. Offense Location | 73. Offense Date/Time | 74. No. Offender | 75. No. Victims | Incident Case No. |
|---|---|---|---|---|---|
| 6785685 | AUBURN CITY 0601 | 3/8/2016 15:49 | 1 | 0 | AUB |

## OFFENSE INFORMATION

| 83. LAW Article/Section | SUB | CL | CAT | DEG | ATI | NAME OF OFFENSE | CTS | NCIC Code | Victim Age Sex Hco | ASSOC NO | TYP |
|---|---|---|---|---|---|---|---|---|---|---|---|
| PL 205.25 | 02 | | D | F | 1 C | POSS. DANG CONTRABND PRISON-1ST | 1 | 5802 | | Incident 785685 | |

| 86. Arresting Officer Signature | 87. ID No. | 88. Supervisor Signature | 89. ID No. |
|---|---|---|---|
| INV. B. STOVER  INV. (signature) | 5056 | | 93. |

| 90. Arrest Made as a Result of SAFIS Print ID? | 91. | 92. | |
|---|---|---|---|
| NO | | | |

Page 2 of 2

3/21/2016   10:52:40

AUBURN CITY COURT

STATE OF NEW YORK
COUNTY OF CAYUGA

DOCKET # 16-0258
CR#

---

THE PEOPLE OF THE STATE OF NEW YORK
-VS-
JKENDRIC AGEE
AUBURN CORRECTIONAL
AUBURN NY 13021

WARRANT OF ARREST
================

DOB: 08-10-1991 Male

---

In the Name of the People of the State of New York

To any Police Officer of the City of Auburn or County of Cayuga, or State of New York (or Peace Officer);

An accusatory instrument having been laid before this court charging that on or about the 28 day of February, 2016 at the City of Auburn, New York, the defendant has committed the offense(s) of:

FIRST CHARGE: PL-205.25      -DF-    1-CONTRABAND TO PRISONERS-1

YOU ARE, THEREFORE COMMANDED to arrest the above named defendant and bring him or her before this court at 157 Genesee Street in the City of Auburn, New York.

Bail is set in the amount of $   No Bail (DST)

This 8 day of March, 2016
at Auburn, Cayuga County, New York.

HON. DAVID B. THURSTON
JUDGE, AUBURN CITY COURT

By virtue of the within warrant, I have arrested the within named **JKENDRIC AGEE** on the ___ day of _____ 20___ at _____ in the County of Cayuga NY and now have before the magistrate by whom this warrant was issued/or before _____ a magistrate in said County of Cayuga, he/she having required me to do so.
Dated: _____   Signed Officer _____
                                Title _____
I _____ of _____ of the _____ NY do hereby certify, that I have this ___ day of _____ 20__ admitted the within named **JKENDRIC AGEE** to bail for his/her appearance before the magistrate named in the within warrant, and taken bail from him/her accordingly.
Dated * _____ 20__   _____ Judge/Justice
This warrant may be executed in the County of Cayuga New York. Dated at Auburn NY this day _____ of _____ 20__ _____ Judge/Justice of Auburn City Court
+++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++
Defendant Endorsement
I, **JKENDRIC AGEE**   the defendant named in this warrant, have been informed that I have the right to appear before a local criminal court of the County in which I was arrested, to wit the County of Cayuga, NY for the purpose of being released on my own recognizance or having bail fixed. I do not desire to be brought before such court in such county.

_____
Signature of defendant

PLSec 180