Exhibit P

AU113 (09/11)

STATE OF NEW YORK - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
AUBURN CORRECTIONAL FACILITY
INTER-DEPARTMENTAL COMMUNICATIONS

TO: KEEPLOCKED INMATES

FROM: G. ROBINSON, DEPUTY SUPERINTENDENT OF SECURITY

SUBJECT: KEEPLOCK RECREATION/RELIGIOUS PROCEDURES

DATE: SEPTEMBER 14, 2011

## KEEPLOCK PROCEDURES

The following procedures have been established for Keeplock Exercise in the North Yard and South Yard. Failure to comply with any of these procedures will result in the termination of the exercise period.

1. Inmates in keeplock will notify the officer taking the keeplock exercise list in the morning that they want to go to keeplock exercise. This is the only time the list will be taken.

2. Inmates will be ready for exercise by having their shoes on the bars in sight; also, they will be dressed and ready to go out as soon as the Officers arrive in front of their cells.

3. Inmates are to proceed to and from the yard with their hands in their pockets and will refrain from talking to other inmates.

4. Only state clothing may be worn. Only one sweatshirt or chino jacket. Winter coats and hats may be worn during inclement weather. No clothing will be hung on the fence. No doubling up of state clothing.

5. The only items allowed in the yard area are a handkerchief, loose cigarettes (no packs) maximum of 5, and one book of matches (no lighters).

6. No passing of anything between or out of the cages.

7. No yelling or talking to anyone outside of the keeplock exercise cages. This includes, but is not limited to, all Blocks, Hospital, or inmates passing through the South Yard.

8. Inmates are to remain behind the yellow line, or as directed by staff whenever the cage gate is opened.

9. There will be no group exercise permitted. Only two inmates are permitted to participate in the same exercise at one time. There will be no calling of cadence. There will be no physical contact between inmates. There will be no contact with the fence while exercising.

10. No sparring or shadow boxing will be allowed.

11. All established frisk procedures will be followed without question, discussion or hesitation.

12. In the event of a fight, in which you are not involved, you are to immediately go to the fence. Any attempt to break up the fight will result in a keeplock and possible future deprivation of exercise privileges.

## RELIGIOUS PROCEDURES

ATTENDANCE AT RELIGIOUS SERVICES FOR KEEPLOCKED INMATES WILL BE GRANTED IN ACCORDANCE WITH N.Y.S.D.O.C.C.S. DIRECTIVE #4202 (SECTION II).

PROCEDURE: THE REQUIRED FORM (FORM #2175) WILL BE PROVIDED TO THE INMATE SEEKING SAID PERMISSION BY THE BLOCK OFFICER.

cc: Supt. H. Graham