# EXHIBIT

# S

```
05/08/17              RECEPTION/CLASSIFICATION SYSTEM
12:46:02           LEGAL DATE COMPUTATION      BY: CCNSPAM
                               COMP DATE/TIME: 05/05/2017  02:04P

        TYPE B01  BASIC INDETERMINATE

  DIN: 17B0759  NAME: AGEE, JKENDRIC                  NYSID:  02697786L
  DATE RECEIVED: 03/16/2017
  CURRENT LOCATION: ATTICA GEN   - 0A-05-30S


  HEARING DATE              2019 01   TIME ALLOWANCE COMM DATE    2020 07
  HEARING TYPE              MERT      TIME ALLOWANCE COMM TYPE    INIT
  TENTATIVE RELEASE DATE              POST-RELEASE SUPERVISION
  GRADUATION DATE                     PRS MAXIMUM EXPIRATION DT

  IND MINIMUM TERM          0003 00 00  IND MAXIMUM TERM          0006 00 00
  DATE RECEIVED            +2017 03 16  DATE RECEIVED            +2017 03 16
  JAIL TIME               -0000 04 11   JAIL TIME               -0000 04 11
                          ---- -- --                            ---- -- --
  PAROLE ELIGIBILITY DATE =2019 11 04  MAXIMUM EXPIRATION DATE  =2022 11 04
  MERIT TIME POSSIBLE     -0000 06 03  GOOD TIME POSSIBLE       -0002 00 00
                          ---- -- --                            ---- -- --
  MERIT ELIGIBILITY DATE  =2019 05 01  CONDITIONAL RELEASE DATE =2020 11 04


  COMMENTS:
  5/5/17 JT CORRECTED 131 (11/5/16 - 3/15/17)



  JAIL TIME(S) IN DAYS:
   JAIL TIME = 131

  DIST:  IRC (1), GUID & COUNS UNIT (1), INST PAROLE (1), INMATE (1)
```



# CAYUGA COUNTY SHERIFF'S OFFICE
*Jail Time*
**Cayuga County Public Safety Building**
**7445 County House Road**
**Auburn, New York 13021-8297**
**Phone:  315-253-2911**
**Fax:  315-253-6731**

David Gould
*Sheriff*

James Stowell
*Undersheriff*

This is to certify that  Agee, J'Kendrick J.                     with a D.O.B of     8/10/1991
was in custody from:

| From | To | Total |
|------|-----|-------|
| 11/5/2016 | 3/15/2017 | 131 |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

Originating out of _____ Cayuga County _____ court for the charge(s) of:

1) ___ Poss Dangerous Contraband ___  Ind./doc.#  _____ 2016-050 _____
2) _____  Ind./doc.#  _____
3) _____  Ind./doc.#  _____
4) _____  Ind./doc.#  _____

and sentenced under the following indictment/docket(s):

Therefore in accordance with section 70.30 of the New York State Penal Law, the above named is entitled to:

___ 131 ___  Days

Jail time certified by : _____ Buisch _____  Badge#:  ___ 7032 ___     Date:  5/5/2017

```
04/05/17                  RECEPTION/CLASSIFICATION SYSTEM
14:44:58                    LEGAL DATE COMPUTATION      BY: C110MLE
                                                  COMP DATE/TIME: 03/20/2017  08:48A

        TYPE B0I  BASIC INDETERMINATE

  DIN:  17B0759  NAME:  AGEE, JKENDRICK J              NYSID:   02697786L
  DATE RECEIVED: 03/16/2017
  CURRENT LOCATION:  ATTICA GEN   - 0A-08-42S


  HEARING DATE               2018 05      TIME ALLOWANCE COMM DATE    2019 11
  HEARING TYPE               MERT         TIME ALLOWANCE COMM TYPE    INIT
  TENTATIVE RELEASE DATE                  POST-RELEASE SUPERVISION
  GRADUATION DATE                         PRS MAXIMUM EXPIRATION DT

  IND MINIMUM TERM           0003 00 00   IND MAXIMUM TERM            0006 00 00
  DATE RECEIVED             +2017 03 16   DATE RECEIVED              +2017 03 16
  JAIL TIME                 -0001 00 07   JAIL TIME                  -0001 00 07
                            ---- -- --                               ---- -- --
  PAROLE ELIGIBILITY DATE   =2019 03 08   MAXIMUM EXPIRATION DATE    =2022 03 08
  MERIT TIME POSSIBLE       -0000 06 03   GOOD TIME POSSIBLE         -0002 00 00
                            ---- -- --                               ---- -- --
  MERIT ELIGIBILITY DATE    =2018 09 05   CONDITIONAL RELEASE DATE   =2020 03 08




  COMMENTS:




  JAIL TIME(S) IN DAYS:
    JAIL TIME = 372

  DIST:  IRC (1), GUID & COUNS UNIT (1), INST PAROLE (1), INMATE (1)
```

# EXHIBIT

# T

J'kendric J, Agee 17B0759

Clinton Correctional Facility

P.O. Box 2000

Dannemora, New York 12929

April 17th, 2018

Mrs. Sherri Guzylak, Inmate Record Coordinator II

Auburn Correctional Facility

135 State Street

Auburn, New York 13021

Reason: People v. J'kendrick Agee

Cayuga County Indictment No. 2016-080 (Sealed)

Dear Mrs. Guzylak,

As you know, you where a witness at my trial in the above stated matter. I am preparing a CPL §440.10 motion to vacate the judgment of conviction. All allegations of fact essential to support the motion must be supported by affidavits (CPL §440.30 [4] [d] [i]). Toward that end I would appreciate an affidavit from you answering the following questions:

1. Who authorized you to turn over expunced evidence to the Cayuga County district Attorney's office?

2. When did Mr. Brian Leeds obtain certain evidence including the alleged misbehavior report, the contraband in question, the fake request for urinalysis, and any other miscellaneous expunced evidence in relation to this matter.

3. Did The Facility CPL [at the time of March 8th, 2016] ever inform you and or any other member of the Inmate Records Coordinator's Office that this matter was adequately submitted [to the District Attorney's Office and appropriate police agency] and later, accepted for criminal prosecution by the D.A's office?

4. Are you aware of any Information/Evidence Packet Form No. 0906910 A ever being completed?

Thank you in advance for your kind cooperation.

Respectfully Submitted,

Gendie J. Agee

Defendant.

Subscribed and sworn before me this

19 day of ~~Aug.~~ April, 2018

Harry D. Durgan
Notary Public, State of New York
No. 01DU6008379
Qualified in Clinton County
Commission Expires 6/22/18

# EXHIBIT

# U

J'Kendric J. Agee 17B0759
Clinton Correctional Facility
P.O. Box 2001
Dannemora, NY 12929

May 3th, 2018

G. Robinson, Deputy Superintendent of Security
Auburn Correctional Facility
135 State Street
Auburn, NY

Reason: The People v. J'kendrick Agee
Cayuga County Indict. No, 2016~050 (sealed)

Dear Sir or Madam;

As you may or may not be aware of the above stated matter were I was an inmate at Auburn where an C.O. by name of Mr. Keith E. Vincent II alleged that he removed an razor type weapon from my persons on the 28th day of Febuary, 2016, ten days prior to my release [I was convicted after an jury trial], I am preparing a CPL § 440.10 motion to vacate the judgment of conviction. All allegations of fact essential to support the motion must be supported by affidavits (CPL § 440.30 [4] [d] [iJ). Towards that end I would appreciate an affidavit from you

answering the following questions:

1. Can you describ the policy used during the deposit or removal of evidence/contraband from the secure evidence locker, secure evidence drop box, or the evidence control area.

2. What are the Pat frisk procedures for an inmate attempting to proceed to keeplock recreation?

3. Were you made aware of this situation in any way prior to the 8th day of March, 2016?

4. To your knowledge was any DOCCS employee ever in contact with any police agency in regards to this matter?

5. What is the two person access system utilized when accessing the "serious/dangerous" contraband room/locker in all areas where contraband/evidence is stored? at Auburn Correctional Facility?

6. Did you authorize the desposition of contraband/evidence in the above stated matter?

7. What is the adequate method used of desposition of contraband ordered expunged from an inmate's institutional

and departmental files?

     8. Did you authiorize ADA Mr, Brian T. Leeds, Esq, to come into Auburn Correctional Facility and remove contraband from "secure" evidence locker?

     9. Was an Contraband/Evidence Photograph Card utilized in this matter?

            Respecktfully Submitted,

            Ormind J. Clgee

            Defendant, Pro Se.

Sworn to before me
35d th day of May, 2018

Mark J Wilson
Notary Public, State of New York
No. 01WI6354425
Qualified in Clinton County
Commission Expires 02/06/2021

# EXHIBIT

# V

J'kendric J. Agee 1780759

Clinton Correctional Facility

P.O. Box 2000

Dannemora, NY 12929

April 22th, 2018

Evidence Control Supervisor

Auburn Correctional Facility

135 State Street

Auburn, New York 13021

Reason: ~~J'kendrick Agee~~ The People v. J'kendrick Agee

Cayuga County Indictment No. 2016-050 (Sealed)

Dear Sir or Madam,

You may or may not be aware of the fact that I was convicted of promoting Prison Contraband in the first degree by a jury of my peers, in connection with an incident that occurred on the 28th day of Febuary, 2016, at approx. 9:20am when I was an inmate at Auburn Correctional Facility locking on D Block 7-27. I am preparing a CPL §440.10 motion to vacate the judgment of conviction. All allegations of fact essential to support the motion must be supported by affidavit (CPL §440.30 [4] [d] [i]). Toward that end I would appreciate an affidavit from you answering the following questions:

1. On the 28th day of Febuary, 2016, and the 22th day of March, 2016 did you or whoever held your position prior to you, have direct oversight of the

general contraband locker and evidence control area?

2. If so, did you ever notice Mr. Keith E. Vincent II [C.O.] drop anything in the drop box at any time on the 28th day of February, 2016, and can you produce any paperwork stating so or are you willing to state in the front of a court, under oath if Mr. Vincent Actually Dropped anything in such box?

3. Where you or any appropriate Security Supervisor present when C.O. Mr. Keith E. Vincent II dropped alleged contraband on the 28th day of February, 2016, into Secure evidence drop box or the evidence control area?

4. Where you or any appropriate Security Supervisor present when Cayuga County ADA Mr. Brian T. Leeds, Esq., removed alleged contraband from secure evidence locker or the evidence control area on the 22th day of March, 2016?

5. Did you ensure all procedures as outlined within DOCCS Directive No. 4910A, Contraband/ Evidence – Handling, Storage, and Disposition, related to evidence collection, classification, reporting storage, and disposition were followed regarding the alleged contraband deposit made by C.O. Mr. Keith Vincent on the 28th day of February, 2016?

6. At any point where you ever in contact with local or state police regarding the disposition of the alleged contraband that C.O. Mr. keith E. Vincent

alleges that he found on my persons?

7. Did you ensure that proper procedures where being followed regarding items no longer appropriate to be retained where purged on the 9th and 22th day of March, 2016, and the disposition of ~~old~~ contraband that C.O. Mr. Vincent alleged that I possessed on my ~~persons~~ Persons was thoroughly documented in accordance with Directive No. 4910A, for logging, storage, and disposition?

8. Did you write a Memorandum detailing this inspection and note any discrepancies and forward ~~them~~ to the Deputy Superintendent for Security or equivalent for review?

9. Which locker was such evidence placed in "general contraband locker" or "evidence storage area"?

10. Utilizing the two person access ~~s~~ system for entry documented in a control logbook for deposit/removal of evidence. Evidence log stamp must be utilized to ensure the accuracy of information entered into log. The storage and disposition of all evidence shall be a two person system. Who are the two people who utilized restricted key rings which is assigned to and utilized by you or appropriate authorized designee as defined in Directive No. 4910A and whose issuance will be in accordance with Directive No. 4092, "Key Control"?

11. The presence of the Evidence Control Supervisor or other appropriate security supervisor as designed by

the Deputy Superintendent For Security or equivalent is absolute during the deposit or removal of evidence from all storage locker(s) or area(s) as defined above and throughout this directive No. 4910A. Where you present when ADA Mr. Brian Leeds, Esq., removed such evidence from storage locker(s) or area(s)? Or was some other security supervisor present?

12. Was such process [the storage and disposition] witnessed by a Department employee or other law enforcement representive?

13. If so, who [Notice: ADA Mr. Brian Leeds is not a law enforcement representative — he is a Prosecutor]?

14. Did C.O. Mr Keith Vincent, the first officer to possess the alleged contraband, transport and record the contraband to you or designee, as soon as possible?

15. Is there a bound book containing logs and press numbered pages maintained at Auburn Correctional Facility?

16. Was such contraband ever assigned a facility evidence control number and was such number recorded by the facility Watch Commander in a log maintained within the Watch Commander's office?

17. You must inspect, at least quarterly, all contraband/Evidence storage lockers/areas to check inventories and ensure that proper procedures are being

Followed, items no longer necessary or appropriate to be retained are purged, and the disposition of all contraband is thoroughly documented in accordance with this policy [Directive No. 4910A] for logging, storage, and disposition correct?

18. Every facility shall establish a point of contact with the New York State Police or local law enforcement agency, whereby an agreement is in place for the surrender/disposal of contraband. Such surrender must be noted in evidence control area logbook and on any pertinent chain-of-custody evidence. A receipt must be obtained and retained by you. Do you have such receipt?

19. Why wasn't the Department's Office of Special Investigations contacted when this facility was not able to contact the State Police or local law enforcement before the defendant was released any the above stated matter was ordered expunged?

20. How was ADA Mr. Brian T. Leeds, Esq. able to obtain expunged evidence 13 days after it was ordered expunged, and who ordered that such contraband be turned over to him?

Thank you in advance for your help.

Sworn to before me

9th day of [ ] 2018

Harry D. Durgan
Notary Public, State of New York
No. 01DU6008379
Qualified in Clinton County
Commission Expires

Respectfully,

Kending J. Ager

Defendant

# EXHIBIT W

J'Kendric J. Agee Din No. 17B0759
Clinton Correctional Facility
P.O. Box 2000
Danremora, New York 12929
April 17th, 2018

Criminal Prosecution Liaison
Auburn Correctional Facility
~~P.O. Box 2000~~ 135 State Street
Auburn, New York 13021

Reason: ~~the~~ The People v. J'Kendrick Agee
Cayuga County Indictment No. 2016-050 (Sealed)

Dear Sir or Madam,

If you are aware, I was convicted of Promoting Dangerous Prison Contraband in the first degree after a jury of my peers convicted me of the 17th day of November 20~~16~~. I am preparing a CPL §440.10 motion to vacate the judgment of conviction. All allegations of fact essential to support the motion must be supported by affidavit (CPL §440.~~30~~ [4] [d] [i]). Toward that end I would appreciate an affidavit from you answering the following questions:

1. Did you [or who held your position on the 8th day of March, 2016] ever prepare an Information/Evidence Packet in accordance with DOCCS directive No. 6910, in relation to Unusual Incident Report No. 160060?

2. If not, do you possess the knowledge to explain why such form was not completed and, still I was prosecuted?

3. Did you authorize [or is it any proof that who held your position on the 22 day of March, 2016] Cayuga County ADA Mr. Brian T. Leeds, Esq., to enter

Auburn Correctional Facility and obtain expunged evidence in relation to U.I. No.160060 [including the fake misbehavior report, the alleged contraband in question, a fake Urinalysis (Request) and other miscellaneous expunged evidence in relation to this matter]?

4. If so, did you know that such action is not within accordance with DOCCS rules and regulations?

5. Did you ever oversee any aspect of this matter [The prosecution of Mr. J'Kendric Agee]?

6. If so, did you recognize any unusual circumstances?

7. Did you [or whoever held your position prior to you] submit a copy of an incomplete Information/Evidence Packet to the Cayuga County District Attorney Office and the appropriate police agency?

8. If so, why did the District Attorney's Office of Cayuga County representative Mr. Brian Leeds, Esq. supply New York State Police Investigator Mr. Brett E. Stover with information kept in his file so Mr. Stover would have enough information to file a felony complaint and why would Mr. Stover state under oath that he never had any contact with anyone besides Mr. Brian T. Leeds, Esq. in regards to this matter?

9. Did you [or anyone who held your position prior to you] utilize Form No.6910 C "Quarterly Report of Pending Inmate Criminal Prosecution Cases" and report the status of each pending case to OSI from March 9th 2016 to March 9th, 2017?

10. If so, did my case ever appear in any such "Quarterly Report(s)"?

11. Does the above named Defendant have an 6 digit CCC# (not the Facility UI No.)?

Thank you for your kind cooperation in advance.

Respectfully Submitted,

*[signature]*

Sworn to before me this

19 day of April, 2018

*[signature]*

Harry D. Durgan
Notary Public, State of New York
No. 01DU6008379
Qualified in Clinton County
Commission Expires *[signature]*